*IN THE UNITED STATES COURT OF FEDERAL CLAIMS*

| | | |
|---|---|---|
| HOSPITAL SERVICE ASS'N OF NORTHEASTERN PENNSYLVANIA | ) | |
| Plaintiff, | ) | No. 05-503 T |
| | ) | (Judge Wheeler) |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

JOINT MOTION TO SUSPEND
PRETRIAL PROCEEDINGS

The parties respectfully move the Court to suspend proceedings in this case, pending the disposition of a motion for summary judgment that defendant intends to file.

In support of this motion, the parties state as follows:

As discussed in Plaintiff's Motion to Partially Stay Discovery or in the Alternative to Amend the Revised Scheduling Order, filed September 8, 2006, defendant intends to file a dispositive motion for summary judgment in this case. The parties have completed all discovery necessary for defendant to establish the factual predicate to its arguments for summary judgment and now wish to avoid the expense of engaging in further fact discovery until it is known whether such effort will be necessary. Because defendant's motion, if granted, would dispose of all of the issues in this case, further fact discovery might become unnecessary. A suspension of pretrial proceedings at this time might therefore save the parties from spending significant resources on a needless exercise. On the other hand, a suspension of pretrial proceedings at this

time would not prejudice either party should the Court deny defendant's motion for summary judgment, thereby necessitating the completion of fact discovery.

Although defendant originally intended to file its motion for summary judgment within a few months of plaintiff's September 8, 2006, motion, preparation of the summary judgment motion has taken longer than anticipated. Specifically, because the issues in this case affect all Blue Cross and Blue Shield organizations, they constitute a matter of some significance to the Government. Defendant's trial attorney has therefore had to coordinate defendant's summary judgment arguments with a number of Department of Justice and Internal Revenue Service personnel, a process that has taken a substantial amount of time. Defendant expects that it will be able to file the motion by February 28, 2007.

If the Court grants this motion and then denies defendant's motion for summary judgment, then the parties will submit a proposed revised pretrial schedule.

WHEREFORE, the parties respectfully request that the Court grant this motion.

Respectfully submitted,

/s Frederick H. Robinson

FREDERICK H. ROBINSON
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
Phone: (202) 626-5800
Facsimile: (202) 628-0858

Counsel for Plaintiff

Of Counsel:
Clarence T. Kipps, Jr.
Maria O. Jones
Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
655 Fifteen Street, N.W., Suite 900
Washington, D.C. 20005-5701
Phone: (202) 626-5800
Facsimile: (202) 628-0858

/s Karen Servidea

KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423

Counsel for Defendant

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
W.C. RAPP
Senior Trial Attorney

January 17, 2007
Date

/s W.C. Rapp
Of Counsel