# In the United States Court of Federal Claims

No. 05-503T

(Filed: January 23, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| HOSPITAL SERVICE ASS'N OF | * |
| NORTHEASTERN PENNSYLVANIA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ****************************************** | * |

ORDER

On January 17, 2007, the parties filed a joint motion requesting that further discovery in this case be held in abeyance pending the disposition of a motion for summary judgment that Defendant intends to file. The parties noted that they have completed all discovery necessary to establish a factual predicate for a summary judgment motion. If granted, the motion for summary judgment potentially would dispose of all issues in the case, eliminating the need to expend additional resources in further discovery.

Accordingly, for good cause shown, the motion is GRANTED and all discovery in this matter will be held in abeyance pending submission and a ruling on Defendant's anticipated motion for summary judgment. Defendant shall file its motion for summary judgment on or before February 28, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge