# Defendant's Exhibit # 17

Form **1120** Department of the Treasury Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 1997 or tax year beginning ______, 19__, ending ______, 19__

▶ Instructions are separate. See page 1 for Paperwork Reduction Act Notice.

OMB No. 1545-0123 **1997**

A Check if a:
1 Consolidated return (attach Form 851) [X]
2 Personal holding co. (attach Sch. PH) [ ]
3 Personal service corp. (as defined in Temp. Regs. sec. 1.441-4T) [ ]

Use IRS label. Otherwise, please print or type.

Name: HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PA & SUBSIDIARIES
Number, street, and room or suite no. (If a P.O. box, see page 5 of instructions.): 70 NORTH MAIN STREET
City or town, state, and ZIP code: WILKES-BARRE, PA 18711

B Employer identification number: 24-0615177
C Date incorporated: 09/07/1938
D Total assets (see page 5 of instructions): $ 601,822,691.

E Check applicable boxes: (1) [ ] Initial return (2) [ ] Final return (3) [ ] Change of address

## Income

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales 606,179,721. b Less returns and allowances ____ c Bal ▶ | 1c | 606,179,721. |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 606,179,721. |
| 4 | Dividends (Schedule C, line 19) | 4 | 3,701,438. |
| 5 | Interest | 5 | 15,711,143. |
| 6 | Gross rents | 6 | 112,443. |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | 16,568,575. |
| 9 | Net gain or (loss) from Form 4797, Part II, line 18 (attach Form 4797) | 9 | -392,463. |
| 10 | Other income (attach schedule) SEE CONSOLIDATED INCOME AND DEDUCTIONS | 10 | 38,701,013. |
| 11 | Total income. Add lines 3 through 10 ▶ | 11 | 680,581,870. |

## Deductions

| Line | Description | | Amount |
|---|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | 12 | 834,653. |
| 13 | Salaries and wages (less employment credits) | 13 | 33,562,453. |
| 14 | Repairs and maintenance | 14 | 1,277,726. |
| 15 | Bad debts | 15 | 31,668. |
| 16 | Rents | 16 | 3,948,227. |
| 17 | Taxes and licenses | 17 | 2,378,629. |
| 18 | Interest | 18 | 1,447,075. |
| 19 | Charitable contributions | 19 | 299,004. |
| 20 | Depreciation (attach Form 4562) — 20: 4,214,876. | | |
| 21 | Less depreciation claimed on Schedule A and elsewhere on return — 21a: | 21b | 4,214,876. |
| 22 | Depletion | 22 | |
| 23 | Advertising | 23 | 1,811,258. |
| 24 | Pension, profit-sharing, etc., plans | 24 | 2,795,389. |
| 25 | Employee benefit programs | 25 | 4,861,312. |
| 26 | Other deductions (attach schedule) SEE CONSOLIDATED INCOME AND DEDUCTIONS | 26 | 604,642,168. |
| 27 | Total deductions. Add lines 12 through 26 ▶ | 27 | 662,104,438. |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | 18,477,432. |
| 29 | Less: a Net operating loss deduction — 29a: ; b Special deductions (Schedule C, line 20) — 29b: 2,370,632. | 29c | 2,370,632. |

## Tax and Payments

| Line | Description | | Amount |
|---|---|---|---|
| 30 | Taxable income. Subtract line 29c from line 28 | 30 | 16,106,800. |
| 31 | Total tax (Schedule J, line 10) | 31 | 5,505,594. |
| 32 | Payments: a 1996 overpayment credited to 1997 — 32a: ; b 1997 estimated tax payments — 32b: 500,000. ; c Less 1997 refund applied for on Form 4466 — 32c: ( ) ; d Bal ▶ 32d: 500,000. | | |
| e | Tax deposited with Form 7004 — 32e: 5,250,000. | | |
| f | Credit for tax paid on undistributed capital gains (attach Form 2439) — 32f: | | |
| g | Credit for Federal tax on fuels (attach Form 4136) — 32g: | 32h | 5,750,000. |
| 33 | Estimated tax penalty. Check if Form 2220 is attached ▶ [ ] | 33 | |
| 34 | Tax due. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | 0. |
| 35 | Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | 244,406. |
| 36 | Enter amount of line 35 you want: Credited to 1998 estimated tax ▶ 244,406. Refunded ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: [signature] Date: 8/27/98 Title: Senior Vice President, Finance

**Paid Preparer's Use Only**

Preparer's signature: [signature] Date: 8/17/98 Check if self-employed [ ] Preparer's social security number: 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
Firm's name (or yours if self-employed) and address: Ernst & Young LLP, 2001 Market St. 4000, Philadelphia, PA
EIN ▶ 34-6565596
ZIP code ▶ 19103

HOSPITAL SERVICE ASSOCIATION OF NORTHEA 24-0615177

FORM 1120 COMBINED OTHER DEDUCTIONS STATEMENT 11

| | COMBINED AMOUNTS | HOSPITAL SERVICE ASSOCIATION | HMO OF NORTHEASTERN PENNSYLVANIA, | EASTERN PHYSICIANS GROUP, PC |
|---|---|---|---|---|
| ADMINISTRATIVE AND PROCESSING COSTS | 26,944,119. | 3,412,700. | 20,922,809. | 617,421. |
| AUDIT, CONSULTING AND EXTERNAL SERVICES | 7,750,596. | 6,812,805. | 409,000. | 180,687. |
| AMORTIZATION | 696,500. | 295,633. | 387,690. | 13,177. |
| BOARD EXPENSE | 351,285. | 250,043. | 101,242. | |
| CLAIMS EXPENSE | 553,199,737. | 316,268,979. | 236,930,758. | |
| COMMISSIONS | 1,091,277. | 608,564. | 482,713. | |
| DUES AND SUBSCRIPTIONS | 608,262. | 395,563. | 199,552. | 10,444. |
| EMPLOYEE RECRUITMENT, RELOCATION AND | 870,433. | 811,306. | 59,127. | |
| INSURANCE | 396,235. | 336,316. | 12,574. | 42,625. |
| LICENSES | 40,572. | 40,572. | | |
| MISCELLANEOUS | 1,416,818. | 1,005,150. | 395,950. | 3,516. |
| MEALS AND ENTERTAINMENT | 77,369. | 39,898. | 37,024. | 253. |
| POSTAGE | 3,720,834. | 2,542,975. | 1,171,183. | 1,300. |
| PRINTING | 929,054. | 451,809. | 477,168. | |
| SECURITY | 152,519. | 151,606. | | |
| SHARED SERVICES CENTER COSTS | -550,733. | -550,733. | | |
| SOFTWARE EXPENSE | 1,405,632. | 1,405,632. | | |
| SUPPLIES | 2,266,587. | 1,612,106. | 451,684. | 144,181. |
| TRAVEL | 992,228. | 729,447. | 223,965. | 35,156. |
| UTILITIES AND TELEPHONE | 2,282,844. | 1,824,439. | 407,507. | 183. |
| TOTAL OTHER DEDUCT. | 604,642,168. | 338,444,810. | 262,669,946. | 1,048,943. |

HOSPITAL SERVICE ASSOCIATION OF NORTHEA 24-0615177

FORM 1120 COMBINED OTHER DEDUCTIONS STATEMENT 11

| | UNIVERSAL MANAGED CARE REAL ESTATE | AXIS SERVICES, INC. | UNIVERSAL MANAGED CARE, INC. | UNIVERSAL MANAGED CARE HOLDING |
|---|---|---|---|---|
| ADMINISTRATIVE AND PROCESSING COSTS | | 1,646,611. | 66,064. | |
| AUDIT, CONSULTING AND EXTERNAL SERVICES | 2,800. | | | |
| AMORTIZATION | | | | |
| BOARD EXPENSE | | | | |
| CLAIMS EXPENSE | | | | |
| COMMISSIONS | | | | |
| DUES AND SUBSCRIPTIONS | | | | |
| EMPLOYEE RECRUITMENT, RELOCATION AND | | | | |
| INSURANCE | | | | |
| LICENSES | | | | |
| MISCELLANEOUS | 265. | 3,986. | 70. | |
| MEALS AND ENTERTAINMENT | | | | |
| POSTAGE | | | | |
| PRINTING | | | | |
| SECURITY | | | | |
| SHARED SERVICES CENTER COSTS | | | | |
| SOFTWARE EXPENSE | | | | |
| SUPPLIES | | | | |
| TRAVEL | | | | |
| UTILITIES AND TELEPHONE | | | | |
| TOTAL OTHER DEDUCT. | 3,065. | 1,650,597. | 66,134. | |

HOSPITAL SERVICE ASSOCIATION OF NORTHEA 24-0615177

FORM 1120 COMBINED OTHER DEDUCTIONS STATEMENT 11

| | EASTERN PHYSICIANS MANAGEMENT | FIRST PRIORITY LIFE INSURANCE |
|---|---|---|
| ADMINISTRATIVE AND PROCESSING COSTS | 278,514. | |
| AUDIT, CONSULTING AND EXTERNAL SERVICES | 345,304. | |
| AMORTIZATION | | |
| BOARD EXPENSE | | |
| CLAIMS EXPENSE | | |
| COMMISSIONS | | |
| DUES AND SUBSCRIPTIONS | 2,703. | |
| EMPLOYEE RECRUITMENT, RELOCATION AND INSURANCE | 4,720. | |
| LICENSES | | |
| MISCELLANEOUS | 7,881. | |
| MEALS AND ENTERTAINMENT | 194. | |
| POSTAGE | 5,376. | |
| PRINTING | 77. | |
| SECURITY | 913. | |
| SHARED SERVICES CENTER COSTS | | |
| SOFTWARE EXPENSE | | |
| SUPPLIES | 58,616. | |
| TRAVEL | 3,660. | |
| UTILITIES AND TELEPHONE | 50,715. | |
| TOTAL OTHER DEDUCT. | 758,673. | |

# Defendant's Exhibit # 18

[redacted]

Valuation of the
Employer Group Contracts Subscriber Base
and the Assembled Work Force of

# BlueCross of Northeastern Pennsylvania

*as of January 1, 1987*

ERNST & YOUNG LLP

**ERNST & YOUNG LLP**

Two Commerce Square
Suite 4000
2001 Market Street
Philadelphia
Pennsylvania 19103-7096

Phone: 215 448 5000
Fax: 215 448 4069

April 10, 1997

Mr. Michael P. Gallagher
Senior Vice President, Finance and Corporate Treasurer
BlueCross of Northeastern Pennsylvania
70 North Main Street
Wilkes-Barre, Pennsylvania 18711

**Valuation of Certain Intangible Assets as of January 1, 1987**

Dear Mr. Gallagher:

At your request, we have performed a valuation study to provide our recommendation of the fair market value of certain intangible assets of BlueCross of Northeastern Pennsylvania ("BCNEPA") as of January 1, 1987 (the "valuation date"). The intangible assets appraised include the employer group contracts subscriber base and the assembled work force. The study was conducted solely for federal income tax purposes relating to the fresh start provision of the Tax Reform Act of 1986, and is expressly subject to the attached Statement of General Assumptions and Limiting Conditions.

Our study was performed in accordance with the *Uniform Standards of Professional Appraisal Practice* as promulgated by the Appraisal Foundation. For the purposes of this study, the term *fair market value* is defined as the price at which property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or sell and both having reasonable knowledge of the relevant facts.

The accompanying report describes the valuation methodologies followed and procedures applied in performing this valuation study. The working papers that support our valuation will be retained in our files and are available for your reference. Based on the valuation principles, procedures, assumptions, and limiting conditions described within the accompanying report, we recommend an aggregate fair market value for the employer group contracts subscriber base of THIRTY-TWO MILLION FOUR HUNDRED EIGHTY-FIVE THOUSAND DOLLARS ($32,485,000), as of January 1, 1987. This aggregate value has been calculated on a per employer group contract basis, as described in detail in our report. Furthermore, we recommend an aggregate fair market value for the assembled work force of SIX HUNDRED FIFTY-NINE THOUSAND DOLLARS ($659,000), as of January 1, 1987. This aggregate value has also been calculated on a per employee basis, as described in detail in our report.

If you have any questions concerning our recommendations or this report, please call either Lee C. Russell at 215/448-5099 or Clifford R. Jones at 214/448-5016.

Very truly yours,

Ernst + Young LLP

Copy to: David Bobonski, BlueCross of Northeastern Pennsylvania
Clifford R. Jones, Ernst & Young LLP
Lee C. Russell, Ernst & Young LLP

## Statement of General Assumptions and Limiting Conditions

Our analysis and recommendations are contingent on the following general assumptions and limiting conditions:

All facts set forth in this report are materially true and correct to the best of the consultants' knowledge and belief.

We have relied on information provided by the management of BCNEPA and other third parties (including public sources and summaries thereof) without independent verification. While we believe these sources to be true and accurate, we make no warranty thereof.

We have no financial interest in the property analyzed and the fee for this engagement is not contingent on the findings reported herein.

This report is intended for use only by the party to whom it is addressed and only for the purpose described. Mere possession of this report does not convey a right of reliance, nor may any reliance be placed on it by any party for any purpose other than that for which it was prepared.

This report may not be distributed either in whole or in part to any third party, other than the Internal Revenue Service or your auditors, without the prior written consent and approval of Ernst & Young LLP.

We have not, as part of this valuation analysis, audited, reviewed, or compiled either the historical or prospective financial results in accordance with generally accepted auditing standards, and so express no opinion thereon in this valuation report.

Transaction prices reflect specific circumstances and considerations other than fair market value. Such factors include but are not limited to: (1) the number of potential buyers; (2) potential synergism and strategic opportunities arising from business or asset combinations; (3) the degree of urgency attached to the sale or acquisition of the assets analyzed; (4) personal (as opposed to economic) goals of the parties; and (5) significant tax benefits unique to the specific transactions. We do not warrant that a buyer for the appraised assets would be found at the fair market values reported herein.

Estimates of events following the valuation date used in our analyses represent management's general expectancy concerning such events as of the valuation date. These events may not occur as anticipated, and actual operating results may vary materially from those described.

Ernst & Young LLP is not obligated to update this report for events subsequent to the valuation date. All services subsequent to delivery of the report, including meetings, testimony or deposition in court or before any governmental agency, will be provided at our standard billing rates plus expenses.

Except as specifically stated to the contrary, this analysis has given no consideration to: (1) matters of legal nature, including issues of legal title and compliance with federal, state, and local laws and ordinances (including medical laws, regulations and ordinances); (2) environmental and engineering issues, and the costs associated with their correction; (3) issues concerning the adequacy of funding for pension and/or health care liabilities; and (4) litigation and other contingent liabilities that are not recorded on the balance sheet. The user of our findings is responsible for making his/her own determination about the impact of these matters on the findings reported herein.

The recommendations reported herein represent the considered judgment of Ernst & Young LLP and the identified valuation consultants based on the facts, analyses, and methodologies described in the report or in our working papers, but should be considered as advisory in nature. It is important to note that the Internal Revenue Service may challenge deductions claimed for abandonment losses relating to intangible assets. While we have applied generally accepted valuation procedures and methodologies in the valuation of the employer group contracts subscriber base and the assembled work force, we cannot promise or guarantee success that the methodology we have employed will result in a sustainable deduction for BCNEPA, either administratively or judicially if challenged by the Internal Revenue Service.

BCNEPA management was provided a copy of this report prior to final issuance to ensure the accuracy of the facts and opinions attributed to them.

**CERTIFICATE OF APPRAISER**

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and represent the unbiased professional analyses, opinions, and conclusions of Ernst & Young LLP.

Ernst & Young LLP has no present or prospective interest in the property that is the subject of this report, and has no personal interest or bias with respect to the parties involved.

Compensation for Ernst & Young LLP is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

The analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the American Society of Appraisers and the *Uniform Standards of Professional Appraisal Practice*.

Individuals who provided significant professional assistance in the completion of this engagement include Frances W. Ferguson, Roderick A. Mundy, John O'Connor, and Keith D. Studnick. Jill L. Voigt served as review appraiser.

The American Society of Appraisers has a mandatory recertification program for all of its Senior members. I am in compliance with the requirements of that program.

April 10, 1997

Lee C. Russell

TABLE OF CONTENTS

I. INTRODUCTION ....................1
A. Purpose of the Valuation and Assets Appraised ....................1
B. Definition of Fair Market Value ....................2

II. BACKGROUND INFORMATION ....................3
A. Description of the Business ....................3
B. Description of the Employer Group Contracts Subscriber Base....................5
C. Description of the Assembled Work Force....................7

III. VALUATION. ....................8
A. Introduction....................8
1. Cost Approach ....................8
2. Market Approach ....................9
3. Income Approach....................10
B. Information Resources ....................11
C. Valuation of the Employer Group Contracts Subscriber Base ....................13
1. Introduction....................13
2. Premium Revenues ....................15
3. Life Study Analysis....................15
4. Claims Expenses, Gains from Underwriting and Operating Expenses....................18
5. Unadjusted Net Cash Flow Attributable to Contracts....................19
6. Estimated Returns Required on Other Assets Employed ....................20
7. Discounting of the Adjusted Net Cash Flows Attributable to the Contracts....................22
8. Benefit of Tax Savings from Amortization ....................27
9. Recommendation of Value ....................27
10. Measurement of Abandonment Losses....................28
D. Valuation of the Assembled Work Force....................29
1. Introduction....................29
2. Hiring Costs ....................29
3. Training Costs....................31
4. Recommendation of Value ....................31
5. Measurement of Abandonment Losses....................32
E. Summary and Conclusion....................34

TABLE OF CONTENTS (Continued)

LIST OF EXHIBITS

A - Historical Comparative Balance Sheets

B - Historical Comparative Income Statements

C - Analysis of Claims Expenses, Underwriting Gains, and Operating Expenses

D - Survival Probability Functions

E - Sample Valuation of Selected Employer Group Contracts

F - Valuation of the Assembled Work Force

APPENDIX *(under separate cover)*

Values Assigned to Employer Group Contracts and Individual Employees

# I. INTRODUCTION

## A. Purpose of the Valuation and Assets Appraised

The purpose of this valuation is to provide our recommendation of the fair market value of certain intangible assets of BlueCross of Northeastern Pennsylvania (hereinafter referred to as "BCNEPA" or "the Company") as of January 1, 1987 (the "valuation date"). The intangible assets appraised include the employer group contracts subscriber base and the assembled work force. It is our understanding that our recommendations are to be used solely by BCNEPA management in evaluating a tax strategy to claim a tax deduction in each year subsequent to January 1, 1987, based on actual abandonment/turnover of the employer group contracts and the BCNEPA employees.

BCNEPA requires valuation assistance as it considers the practicality and advisability of tax strategies related to the "fresh start" provision of the Tax Reform Act of 1986 ("TRA 1986"). As stated in Section 833 of TRA 1986, Blue Cross and Blue Shield organizations became taxable entities, effective with their first taxable year beginning after December 31, 1986, and to be taxable in the same manner as stock property and casualty insurance companies. The "fresh start" provision, as described in Section 833, provides for the Blue Cross and Blue Shield organizations to be given a fresh start with respect to changes in accounting methods resulting from the change from tax-exempt to taxable status.

The Committee Reports on Public Law 99-514 (the "Committee Reports") further explained the effect of the fresh start provision on Blue Cross and Blue Shield organizations by stating that for purposes of determining gain or loss, the adjusted basis of any asset held on the first day of the first taxable year after December 31, 1986 shall be treated as being equal to its fair market value as of that day. Thus, for the formerly tax-exempt Blue Cross and Blue Shield organizations utilizing a calendar period of accounting and whose first taxable year commenced January 1, 1987, the basis of each asset of such organization is equal to its fair market value on January 1, 1987. The Committee Reports further stated that the basis adjustment was being provided because the conferees believe that such formerly tax-exempt organizations should not be taxed on unrealized appreciation or depreciation that accrued during the period the organizaton was not generally subject to income taxation.

**B. Definition of Fair Market Value**

For the purpose of this analysis, the term *fair market value* is defined as the price at which property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or sell and both having reasonable knowledge of the relevant facts.

## II. BACKGROUND INFORMATION

### A. Description of the Business

BCNEPA was founded in 1937 as Hospital Service Association of Northeastern Pennsylvania. The Company is a Pennsylvania nonprofit Hospital Plan Corporation and independent licensee of the Blue Cross and Blue Shield Association, operating in thirteen counties in northeastern and northcentral Pennsylvania.

In 1986, through its traditional products, the Company provided healthcare coverage for both high and low risk individuals, including subscribers in its private programs and Medicare beneficiaries. BCNEPA provided traditional indemnity health insurance that included basic, major medical, and comprehensive major medical coverage. In addition to its traditional indemnity business, BCNEPA offered a prescription drug plan and participated in government programs. While the Company first began to offer a managed care product during 1986 and 1987, during the late 1980s there was very little penetration of managed care in the Pennsylvania market area in which BCNEPA operated.

According to information contained in BCNEPA's 1986 *Annual Report* and other internal financial reports, the Company served over 654,000 subscribers (i.e., insured individuals) in 1986, representing approximately two-thirds of the population base in its market area. There were approximately 359,000 customer accounts near the valuation date, representing local and area businesses and individual policies. Near the valuation date, the Company's provider network consisted of approximately 30 contracts with acute care hospitals in its market area.

Total revenues for 1986 were $244.9 million, comprised of $69.6 million from national groups, $123.8 million from local groups, and $51.5 million from non-groups (i.e., individuals). The Company had a cost efficient system that allowed it to rank as one of the nation's best Blue Cross plans in controlling operating expenses and administrative costs. Claims incurred during 1985 were $240.2 million and, after the inclusion of investment and other income and the deduction of operating and administrative expenses, net income was $3.2 million. Claims incurred during 1986 were $237.2 million and, after the inclusion of investment and other income and the deduction of operating and administrative expenses, net income was $18.5 million. The Company held assets of $172.7 million and $194.0 million at

December 31, 1985 and 1986, respectively, with a surplus reserve of $75.1 million and $93.6 million. Additional financial information, in the form of historical consolidated balance sheets and statements of income for 1982 through 1986, are presented in Exhibits A and B.

As of the valuation date, BCNEPA's subsidiaries included HMO of Northeastern Pennsylvania, Inc. ("HMO"), a wholly owned subsidiary, and Universal Managed Care, Inc. ("UMC"), a 70 percent owned company. HMO is a health maintenance organization, and in 1986 was in a development stage and did not earn any revenues from its activities. UMC developed and provided consultative cost containment services for insurers, businesses and industry. In addition, the Company was a 50 percent joint venture participant in the Shared Services Center and owned 50 percent of the outstanding common stock of Northeast Pennsylvania HMO Management, Inc.

**B. Description of the Employer Group Contracts Subscriber Base**

Premiums earned from insurance coverage contracts represent substantially all of the Company's revenues. Insurance coverage contracts include coverage for hospital and/or other medical services in the following general categories: basic, drug, and major medical. Contracts are entered into with local area businesses, national accounts (in which the Company may serve as the "control plan" or as a "participant"), individuals, and through participation in Federal Employee Program plans. As previously mentioned, there were approximately 359,000 contracts existing near the valuation date, covering over 654,000 subscribers (i.e., insured individuals). Accordingly, the subscriber base that existed as of January 1, 1987, was of considerable value to the Company.

The segment of BCNEPA's subscriber base that was considered to account for the greatest proportion of value was the employer group contracts. Employer groups accounted for almost 80 percent of total annual subscription income; as previously mentioned, in 1986 subscription income from employer groups (including national groups and local groups) totaled approximately $193.4 million, out of a total of $244.9 million in subscription income. Contracts with individuals have not been valued because of their relatively low profitability and their association with the Blue Cross and Blue Shield broader mission of providing insurance to poor and high risk subscribers.

The employer groups consist of area and local businesses, unions, associations, and health and welfare funds. At January 1, 1987, there were 8,865 active employer group contracts. Groups are primarily area and local; however, BCNEPA had several hundred major national accounts for which it served as the "control" agent. Local groups ranged in size from small businesses with several employees to large organizations such as Wilkes Barre General Hospital and Scranton School District. National groups included companies such as General Dynamics and Proctor & Gamble.

Coverage ratings for the employer groups include both "community" rated groups, which allow for small (less than 100 individual subscribers per employer group) groups to pool their risks and receive coverage at the same rate, and "experience" rated groups, which allow large (over 100 individual subscribers per employer group) groups, with risk spread over a larger population, to receive more favorable coverage ratings.

As of the valuation date, BCNEPA had significant market share but was beginning to feel the effects of a more competitive marketplace. The Company was beginning to face competition from other insurance and alternative delivery companies (e.g., health maintenance organizations and other managed care entities). BCNEPA incurred significant time and energy to develop and maintain its existing subscriber base by providing quality products and services at a competitive price. In addition, it was necessary for BCNEPA to allocate significant marketing resources to develop new subscribers to replace lost subscribers and to achieve growth. The primary activities involved in attracting potential new subscribers included market research, new product development, extensive advertising and marketing campaigns (television, print, and radio), and promotional speeches by key executives.

## C. Description of the Assembled Work Force

There are many benefits associated with having an assembled and trained labor and management force. If one were to acquire all of the assets of BCNEPA, but not its existing personnel, one would have to incur certain expenses associated with the development of an assembled and trained work force. It is the measure of these expenses, or replacement costs, that provides an indication of the fair market value of the assembled work force.

At January 1, 1987, the composition of BCNEPA's work force, based on the employment classifications used by the Company, was as follows:

| Employment Classification | Number of Employees |
|---|---|
| Exempt Employees | |
| Officials | 4 |
| Executive Committee | 4 |
| Management Advisory Committee | 9 |
| Managers | 16 |
| Enrollment Managers | 7 |
| Administrative | 5 |
| Representatives | 9 |
| Supervisors | 18 |
| Systems | 3 |
| Accountants | 12 |
| Staff | 2 |
| Sub-total | 89 |
| Non-Exempt Employees | 219 |
| Totals | 308 |

# III. VALUATION

## A. Introduction

All valuation methodologies applied to an appraisal of any form of property can be broadly classified into one of three approaches. These are the *cost approach*, the *market approach*, and the *income approach*. In any appraisal study, all three approaches must be considered, and the approach or approaches deemed most probative to valuing each element of property will then be selected as the proper approach(es) to use in the valuation of that item of property.

Each valuation approach is explained more fully in the following report sections. The remainder of the valuation section of this report then describes the valuation of the designated intangible assets.

### *1. Cost Approach*

The cost approach establishes value based on the cost of reproducing or replacing the property, less depreciation from physical deterioration and functional and economic obsolescence, if present and measurable. This approach can be used to provide a reliable indication of value when applied to specific assets, such as land improvements, special-purpose buildings, special structures, systems, special machinery and equipment, and certain intangible assets - particularly those that have been developed internally by a company.

The cost approach begins with an estimation of cost of reproduction new ("CRN") or replacement cost new. CRN is defined as the cost of a new exact replica of the appraised asset, based upon current prices of materials and labor rates prevailing in the particular area, plus, if applicable, general contractors' overhead and profit, architectural and engineering fees, and indirect field costs. Replacement Cost New is the cost of an asset that is equivalent to the existing asset in terms of function or utility, but not necessarily in design or materials of construction. For example, a modern replacement building for an existing structure that is antiquated and inefficiently designed may have a replacement cost new that is less than reproduction cost new, due to more modern technology or more efficient design and layout. Similarly, a software system that can be designed for newer hardware with significantly

fewer lines of code may have a replacement cost new that is less than reproduction cost new, due to changes in technology.

Starting with CRN, an allowance for the various components of depreciation is deducted to arrive at the market value of the asset. These components of depreciation may include functional obsolescence (present in the form of excess capital cost and/or inefficient utility), physical deterioration (curable and incurable), and economic obsolescence. An example of depreciation applicable to the valuation of intangible assets would be a provider network that might have measurable functional obsolescence if inefficient planning of the geographical placement of the providers caused a decrease in revenues in comparison to the potential level of revenues with optimum geographical dispersion. In general, physical deterioration is not a relevant factor in the valuation of intangible assets by the cost approach, since these assets, by definition, are intangible and generally do not have a physical presence.

*2. Market Approach*

The market approach is used to estimate value through analysis of recent sales of comparable property. The value of an asset is measured by comparing the asset with market transactions involving similar assets, adjusted for differences such as time of sale, physical characteristics, earning capacity, and conditions of sale. The process is essentially that of a comparison and correlation between the subject asset and similar assets.

Use of the market approach requires a reasonably active market for either the asset being valued or similar assets. In the valuation of real estate, similar properties recently sold or offered for sale in the current market are analyzed and compared with the property being appraised, and adjustments are made for differences in such factors as date of sale; location, size, shape, and topography of the land; type, age, and condition of the improvements; and prospective use. This approach is also used in the valuation of machinery and equipment for which there is a known used market. The use of a market approach in the valuation of intangible assets is often limited, however, since many classes of intangible assets typically do not trade on an open market or cannot be sold separate and apart from the other operating assets of the business enterprise.

***3. Income Approach***

The term "income" as used in this approach is a general term that connotes any future benefits that can be quantified in monetary terms. It does not imply that the income approach should be used only with projections of "income" in the accounting sense. Rather, the income approach involves two general steps. The first is making a projection of the total monetary benefits expected to accrue to an investor in the property. (Examples include dividends realizable from an investment in common stock, rental savings from the realization of a leasehold interest, or cash flows generated by a subscriber.) These future monetary benefits must include, where appropriate, any cash flows that result from tax savings associated with the tax amortization of, or other tax deductions related to, the decline in value of the asset.

The second step involves discounting these monetary benefits to present worth at a discount rate that considers both the degree of risk (or uncertainty) associated with the realization of the projected monetary benefits, as well as the strata of taxes included in the projection (i.e., precorporate tax, after-corporate tax and pre-individual tax, or after both corporate and individual taxes). Everything else being equal, the higher the risk, the higher the discount rate, and the fewer strata of taxes included in the projection, the higher the discount rate.

Thus, in all its forms, the income approach can be described as an approach to value based on discounting to present worth the expected future benefits generated by an investment in the property being valued. The valuation methodology termed *discounted cash flow* ("DCF") is a form of income approach often used in the valuation of entire businesses or certain intangible assets of a business.

The income approach is often used in the valuation of income-producing real estate, as well as in the valuation of many intangible assets. In the valuation of intangible assets, elements of the income approach and the market approach are often used simultaneously. For example, in the valuation of a leasehold interest, a market comparison of rental rates establishes a current leasehold advantage used as the basis for a projected annual advantage, and the projected advantage is then discounted to present worth. Similarly, for trademarks, a market investigation establishes a current fair royalty, and this amount is then used as the basis for a projection of royalty savings to be discounted to present worth.

## B. Information Resources

The primary information resources used during the course of our valuation procedures included historical financial statements and cost reports provided to external parties, internally-generated management information systems ("MIS") reports, and management interviews. The financial statements and cost reports included *Annual Reports and Audited Financial Statements* for 1984 through 1986, *Annual Statements to the Insurance Commissioner of the Commonwealth of Pennsylvania* for 1984 through 1986, the *National Cost Report* to the Blue Cross and Blue Shield Association for 1986, and various company-generated MIS reports.

In performing our analyses, we also relied on extensive discussions with key members of the BCNEPA management team, several of whom were employed by the Company as of the valuation date. These interviews focused on the overall operations and the anticipated direction of the Company as of the valuation date; the organization of the Company and the products it offered; the procedures, processes, and costs involved in the development of the assets under study; and, the anticipated future profits associated with the assets under study. Following is a list of the key BCNEPA personnel who were interviewed:

Current Title

Director, Membership and Billing

Manager, Application Systems

Director, Actuarial & Underwriting

Director, Cost, Budgets, and Financial Systems

Director, Financial Services

Director, Provider Reimbursement & Contracting

Site Director, Shared Services Center

Analyst, Shared Services Center

Manager, Human Resource Payroll Accounting

Manager, Human Resources and Employee Benefits

In addition to the individuals listed above, we held numerous discussions with and received supporting documentation from several other BCNEPA personnel in the areas of finance, cost accounting, underwriting and actuarial, marketing and development, claims processing, human resources, information systems, and hospital negotiations and contracting.

## C. Valuation of the Employer Group Contracts Subscriber Base

### *1. Introduction*

We employed the income approach to value BCNEPA's employer group contracts subscriber base. In this approach, a separate valuation model was developed for each of the 8,865 employer group contracts. Premium revenues, claims expense, operating expenses, pro forma income taxes, required returns on other assets employed, and miscellaneous adjustments to cash flows were projected over the expected remaining life of the contract to estimate the net cash flow attributable to the contracts. These net cash flows were then discounted to present value at an appropriate rate, and an amount was added for the estimated benefit of tax savings from amortization, to provide an indication of fair market value of each employer group.

As mentioned above, a separate valuation analysis was performed on each of the 8,865 employer group contracts, due to the fact that there were several independent variables that impacted the value of a contract. One critical independent variable was the expected remaining life of each contract, which varied depending upon the contract's current age. Other independent variables impacted the calculation of premium revenues and claims expense. These included the type of employer group (local versus national), rating (community versus experience rated), size (based on the number of subscribers within each group), and type of coverage (basic, basic with drug, basic with major medical, or basic with drug and major medical).

At our request, BCNEPA management created a data file, on computer disk, of the 8,865 employer group contracts in existence at January 1, 1987. The file contained the following information:

1. Name of employer group
2. Contract number
3. Type (local or national)
4. Rating (experience or community rated)
5. Size (number of subscribers)
6. Original effective date
7. Termination date (if applicable)

A summary of the number of contracts that were included in the data file created is as follows:

| Type of Contract | Number of Contracts (a) |
|---|---|
| Basic | |
| Local - Experience-Rated | 1,078 |
| Local - Community-Rated | 5,202 |
| Local - Rating Unknown | 1,870 |
| National - Experience-Rated | 715 |
| Sub-total | 8,865 |
| Drug | 90 |
| Major Medical | 7,319 |
| Grand Total | 16,274 |

(a) Grand total exceeds 8,865 because of combination coverages among basic, drug, and major medical.

This data file served as the basis for our valuation of the employer group contracts subscriber base. A listing of relevant data (name of employer group, identifying contract number, start date and, if applicable, termination date) from the data file and the individual values calculated for each of the 8,865 employer group contracts is being provided in both electronic and hardcopy format under separate cover. A description of the key independent variables that enter into the valuation of each employer group contract is contained in the following report sections.

***2. Premium Revenues***

We calculated 1986 premium revenue for each employer group contract in order to provide the starting point for projecting premium revenues over the expected remaining life of each contract. Future premium revenues beyond 1986 were projected based on estimated growth in claims expense, and the maintenance of appropriate claims expense ratios based on historical averages. We used an annual growth rate in premium revenues of 7 percent based on changes in the health care cost index during the 1982 to 1986 period as well as information provided by BCNEPA management as to its expectations as of January 1, 1987. Claims expense ratios were estimated based on an analysis of historical claims expense ratios by contract type, as shown in Exhibit C. Based on this analysis, the following claims expense ratios were selected as appropriate:

| Type of Contract | Claims Expense Ratio (% of Premium Revenues) |
|---|---|
| Local | |
| Basic | 94.5% |
| Drug | 91.0% |
| Major Medical | 96.0% |
| All National | 90.0% |

Applying the growth rate and claims expense ratios yielded total premium revenues assuming 100 percent retention in each of the projection years.

***3. Life Study Analysis***

A key component of the employer group contracts subscriber base valuation was the life study analysis relating to the employer group contracts. The objective was to identify a pattern of mortality (termination of contracts) that would be used to forecast the probability of an individual employer group contract terminating in each year of the projection period used in the valuation model. This survival probability function was then used in the valuation model for each individual employer group contract to estimate the expected

premium revenues to be generated by that employer group contract in each year of the projection period.

Because we were performing a retrospective study (to the January 1, 1987, valuation date), we needed to define the data to be used in performing the life study analyses. Our first guideline was to use only information that existed at the valuation date, or that could have been reasonably anticipated at that date. If reliable historical information did not exist from prior to the valuation date, we considered whether the use of actual data, from subsequent to the valuation date, would be appropriate. For the subject life study analyses, given the availability and estimated reliability of data from prior to the valuation date, we first considered the results of a life study analysis based solely on this historical information. Data from subsequent to the valuation date was then used to adjust our findings based on the use of data from prior to the valuation date.

The expected future attrition for a group of employer group contracts, and the derived survival probability function for an individual employer group contract, was predicated on a survivor function, calculated by combining the data files described above for the existing January 1, 1987, employer group contracts and for the employer group contracts that terminated prior to January 1, 1987. The survivor function projects, at the various age intervals, the cumulative proportion of contracts remaining open. The projected annual retirement rates are the proportion of contracts retiring in a given age interval, after having survived up to that age interval. The projected proportion of contracts remaining active is one minus the retirement rate. The survivor function is therefore the cumulative proportion of contracts remaining active through a particular age interval.

The estimated remaining life of the employer group contracts is determined by measuring the area under the survivor curve. Because both active and terminated contracts have been used to derive the survivor curve, the curve does not decay to 0 percent for the oldest age group observed. Such curves are called stub survivor curves. With a stub survivor curve, the average life calculation is biased because the curve does not decay to 0 percent. An unbiased determination of estimated remaining life can be obtained by projecting a completed survivor curve. One method of deriving a completed survivor curve, and the method used in our analysis, is to observe annual retirement rates and perform a regression analysis of the historical annual retirement rates against age in a polynomial regression function.

For age intervals beyond the range of observation, we assumed the retirement rates were equal to the rate observed in the oldest observed age interval. To ensure the survivor function decays to zero percent in a reasonable time period, a maximum age of 50 years was assumed.

Based on the analyses described above using only information from prior to the valuation date, a survivor function was calculated and was used to estimate an 18.6 year estimated remaining life for all contracts. We then considered actual termination data for both a three year period subsequent to the valuation date (the three years ended December 31, 1989) and a nine year period subsequent to the valuation date (the nine years ended December 31, 1995). The use of these data resulted in a 14.6 year estimated remaining life and a 13.0 year estimated remaining life, respectively, for the three year data and the nine year data. This seems to suggest that as time evolved, termination rates increased; an event that would not have necessarily been foreseeable as of January 1, 1987. However, in order to be conservative in the valuation of the employer group contracts, we made a downward adjustment to the retirement rates that resulted from the historical analysis. The resulting, adjusted estimated remaining life is approximately 15 years, which appears to be corroborated by the three year subsequent analysis.

The adjusted survivor curve that yields the 15 year estimated remaining life projects the attrition of *new* contracts. The projected attrition of an *existing* contract usually differs from the attrition of new contracts because retirement rates are not constant. Thus, the predicted survivor function has to be adjusted by taking into account the current age of each individual employer group. This is accomplished by deriving survivor functions for each age cohort (or annual age interval). The resulting survivor curves for each age cohort were then converted to a survival probability function by considering the retirement rates in each year and the cumulative probabilities of survival versus termination for each year of the projection period.

The results from our analyses indicated separate survival probability functions for employer group contracts with origination years from 1969 to 1986, as shown in Exhibit D. For contracts with origination years prior to 1969, the same survival probability function was used as for those contracts that originated in 1969.

Applying the appropriate survival probability function to the projected premium revenues for each individual employer group contract yields the anticipated or expected annual premiums revenues for each individual employer group contract.

### *4. Claims Expenses, Gains from Underwriting, and Operating Expenses*

Claims expenses were estimated separately by contract type, as described above in section C.2., Premium Revenues. In estimating the pro forma gains from underwriting to be used in the projection period, we considered historical results over the 1982 to 1986 period, as well as information provided by BCNEPA management regarding its premium pricing policies and the impact of investment income on these pricing policies. A summary of the data analyzed is presented in Exhibit C. Based on this analysis, the following pro forma gains from underwriting were selected as appropriate:

| Type of Contract | Pro Forma Gains from Underwriting (% of Premium Revenues) |
|---|---|
| Local | |
| Basic | 5.5% |
| Drug | 9.0% |
| Major Medical | 4.0% |
| All National | 10.0% |

Operating expenses included general, administrative, overhead, and any anticipated one-time expenses. Based on an analysis of the actual operating expense ratios over the 1982 to 1986 period, again as shown in Exhibit C, unadjusted operating expenses were projected at 3.1 percent of premium revenues. These unadjusted operating expenses include costs related to the maintenance of the existing subscriber base, such as claims processing, customer service, and a portion of general overhead expense. In addition, these operating expenses included certain costs that were *not* related to the maintenance of the existing subscriber base, such as advertising and marketing costs associated with identifying and attracting new subscribers, costs associated with developing new providers and, again, a portion of overhead costs. Based on a detailed analysis, it was estimated that approximately 9 percent of operating

expenses were unrelated to the maintenance of the existing subscriber base. As such, these unrelated expenses were added back to the operating profit figures to arrive at an estimate of operating profit associated with each employer group contract.

We arrived at operating profit for each employer group contract by estimating the pro forma underwriting gain and deducting adjusted operating expenses.

## *5. Unadjusted Net Cash Flow Attributable to Contracts*

The next step was to calculate and deduct the estimated pro forma taxes associated with the annual operating profit stream. Since BCNEPA is considered a charitable, not-for-profit organization in Pennsylvania, it is exempted from paying any state premium or income taxes. Federal income taxes were deducted at the top marginal income tax rate of 46 percent prior to July 1, 1987, and 34 percent after July 1, 1987, of adjusted operating profits. The resulting amounts represented after-tax income attributable to the remaining contracts.

To arrive at a net cash flow figure, one must consider any incremental working capital needs and net capital expenditure requirements (capital expenditures in excess of depreciation expense). Since projected annual premium volume remains relatively constant or decreases in future years as the number of contracts declines, it was determined that no additional net working capital would be required to support the existing subscriber base. To estimate the net capital expenditures required to support the existing subscriber base, we first estimated net capital expenditure requirements for the overall Company. Based on an analysis of historical net capital expenditures, discussions with management concerning anticipated capital expenditure needs, and research concerning typical net capital expenditures for the industry, annual net capital expenditures required to support the existing subscriber base were estimated to be approximately 0.04 percent of premium revenues. This percentage was then applied to the premiums relating to the existing contracts to arrive at anticipated net capital expenditure requirements. This amount was then deducted from the after-tax income figures to arrive at an estimate of the unadjusted annual net cash flows attributable to each employer group contract.

***6. Estimated Returns Required on Other Assets Employed***

There were several other categories of assets, including tangible and intangible assets, that were considered necessary to be employed in order to generate the returns calculated as described above. The tangible assets included net working capital and fixed assets (land and building, capitalized lease, leasehold improvements, and equipment, furniture, and fixtures). The intangible assets included computer software, assembled work force, and hospital contracts.

The amount of net working capital necessary to be employed in support of existing contracts was considered to be minimal, given the fact that, excluding investments, the book value of BCNEPA's short-term liabilities has historically consistently been greater than the book value of its short-term assets. For the purposes of this analysis, and in order to be conservative, we estimated a required net working capital amount at one percent of 1986 subscription revenues. This yielded a required net working capital amount of $2.45 million (rounded). For the Company's real property fixed assets (land, building, capitalized lease, and leasehold improvements), gross book value, or original cost, of $4.5 million (rounded) was considered to be a reasonable approximation of fair market value. For the Company's personal property fixed assets (equipment, furniture, and fixtures), we relied on an appraisal prepared by American Appraisal Associates and dated September 3, 1987. A copy of selected pages from this report is maintained in our working papers. In their report, American Appraisal Associates appraised the personal property assets at $1.0 million (rounded) as of January 1, 1987.

In estimating the fair market value of BCNEPA's computer software, we relied upon another valuation report prepared by American Appraisal Associates and dated March 16, 1989. A copy of this report is maintained in our working papers. In their report, American Appraisal Associates appraised the computer software developed by the Shared Services Center at $746,000 as of January 1, 1987. Of this amount, $219,350 was specifically allocated to software developed for BCNEPA systems (claims, and membership and billing), $114,124 was specifically allocated to software developed for Capital Blue Cross systems, and the remainder was unallocated between BCNEPA and Capital Blue Cross. Using the amount specifically allocated to BCNEPA systems and one-half of the unallocated amount, we estimated a fair market value for BCNEPA's computer software of $426,000 (rounded).

The fair market value of BCNEPA's assembled work force has been estimated at $659,000, as described in detail in subsequent report sections.

The fair market value of BCNEPA's hospital contracts has been estimated based on a cost approach to value, using comparative data from valuations that we have performed for other Blue Cross organizations. As previously described, BCNEPA's provider network consisted of contracts with 30 hospitals. The costs involved in re-creating this provider base include the time required to identify a potential new hospital, meet with hospital executives, develop billing rates/reimbursement guidelines, and negotiate the contract. Using the previously-developed guidelines as described above and giving recognition to the substantial market share held by BCNEPA as of January 1, 1987, we have estimated an aggregate fair market value of $1,574,000 for the hospital contracts.

With the exception of the fixed assets and the assembled work force, it was concluded that the above assets supported only the existing subscriber base. It was concluded that the fixed assets and assembled work force, however, supported other activities as well as servicing the existing subscriber base. To estimate the portion required to support the existing subscriber base, we assumed a similar relationship to the one used for operating expenses. As indicated previously, our analysis determined that approximately 9 percent of the operating expenses were not related to supporting the existing subscriber base. As such, this percentage was applied to the total return required on the fixed assets and on the assembled work force to arrive at the return required to support the existing subscriber base. The overall dollar return required on the assets supporting the subscriber base was then allocated to the various contract categories based on net premiums. The survivor curve employed in each contract category analysis was then applied to the total dollar return allocated to that contract category to arrive at an estimate of the future annual dollar returns required on assets employed.

Annual required rates of return for each of the asset classifications described above were based upon consideration of both the Company's estimated weighted average cost of capital (estimated at 16.9 percent as discussed in a subsequent report section) as well as prevailing market interest rates as of January 1, 1987. Because a *weighted average* cost of capital is based on lower required rates of return on net working capital and fixed assets, and correspondingly higher required rates of return on intangible assets based on their risk characteristics, the required annual rates of return were varied by asset classification.

A summary of the estimated fair market values, amounts allocated to existing contracts, and required annual rates of return for the tangible and intangible assets described above is as follows:

| | Estimated Fair Market Value ($000s) | Amount Allocable to Existing Contracts ($000s) | Required Annual Return Rate |
|---|---|---|---|
| Required Net Working Capital | 2,449 | 2,449 | 7.5% |
| Fixed Assets | 5,467 | 4,975 | 9.0% |
| Computer Software | 426 | 426 | 15.0% |
| Assembled Work Force | 659 | 600 | 20.0% |
| Hospital Contracts | 1,574 | 1,574 | 17.0% |

*7. Discounting of the Adjusted Net Cash Flows Attributable to the Contracts*

The discount rate appropriate for use in valuing the intangible assets of a company is typically set based on its relationship to the company's estimated weighted average cost of capital ("WACC"), and is developed in a process that incorporates aspects of economic theory and capital budgeting techniques. To arrive at an estimate of the WACC, a capital structure model is developed, and the cost of each component (debt and equity) is approximated following a review of market yields at the valuation date. The WACC is then calculated based on the weighted average of the component costs.

*Capital Structure*

Current financial theory states that while an average optimum capital structure does exist for a portfolio of firms in an industry, no optimum structure can necessarily be calculated for any given firm. Therefore, the capital structure used in the WACC calculation is typically estimated based on an analysis of various publicly-traded companies engaged in a similar line of business as the subject company.

We began the process to identify these companies by screening the Compustat Industrial database for publicly-traded companies listed in the following Standard Industrial Classifications ("SIC") codes:

- 6321 (accident and health insurance)
- 6411 (Insurance agents, brokers, and service)
- 6311 (Life Insuarance)

This initial screen yielded 144 companies. Next, we eliminated those companies whose business was significantly different from BCNEPA's (e.g., reinsurance companies) or that were significantly larger or smaller than BCNEPA. This screen yielded a remaining list of 28 companies. Finally, we eliminated those companies for which adequate financial information (e.g., balance sheet, income statement, and/or stock price information) was not available as of January 1, 1987. This final screen yielded a list of five companies (the "guideline companies").

Based on an analysis of the capital structures of the guideline companies during their most recent fiscal year ended prior to January 1, 1987, a capital structure model of 15 percent debt and 85 percent equity was considered reasonable for use in this analysis.

*Cost of Debt*

The pre-tax cost of debt was estimated based on a consideration of market debt rates for senior debt and subordinated debt, and is intended to reflect as closely as possible the actual marginal borrowing rates for BCNEPA. Following is a summary of market interest rates for debt near January 1, 1987:

| | |
|---|---|
| Prime rate | 7.50% |
| Standard & Poor's Corporate Bond Yield Averages | |
| AAA | 8.48% |
| AA | 9.17% |
| A | 9.31% |
| BBB | 9.52% |

Based on the above information and after consideration of BCNEPA's financial condition and borrowing capacity, a pre-tax cost of debt of 8.5 percent was considered reasonable for use in this analysis.

Because interest expense is tax-deductible, the pre-tax cost of debt was converted to an after-tax rate using a statutory marginal tax rate of 34 percent (reduced from 46 percent effective July 1, 1987). Therefore, the after-tax cost of debt was estimated at 5.6 percent (equal to 8.5 percent times one minus 34 percent, rounded).

*Cost of Equity*

The cost of equity was estimated by using the Capital Asset Pricing Model ("CAPM") to relate the returns equity investors require to the risk-free return as approximated by long-term government securities. To account for relative risks for specific industries, the additional returns or risk premium required by the market in general can be adjusted by an factor known as "beta". The CAPM formula is as follows:

$$R_e = R_f + B\,(R_m - R_f)$$

Where:

| | | |
|---|---|---|
| $R_e$ | = | Required return on equity |
| $R_f$ | = | Risk-free rate of return |
| $B$ | = | Beta, a measure of the relationship between industry risk and the aggregate market |
| $R_m - R_f$ | = | The expected return of the market in excess of the risk-free rate |

The rigorous version of the CAPM is not applicable for privately held firms or small companies, whether privately or publicly held. Therefore, to be more applicable in this situation, the CAPM has been adapted as follows:

$$R_{ei} = R_f + [B\,(R_m - R_f)] + SSP +/- RP_i$$

Where:

| | | |
|---|---|---|
| $R_{ei}$ | = | Required long-term return on equity for the subject company |
| SSP | = | Small stock premium, or the additional return required by an investor in small capitalization stocks |
| $RP_i$ | = | Company-specific risk, or the additional positive or negative increment to the total return for systematic risk factors specific to the subject company that are not already captured in the beta or in the SSP risk premium. |

and where all other terms remain the same as above.

*Risk-Free Rate*
The yield to maturity on a 20-year Treasury bond was used to approximate the risk-free rate. While the longest-term maturity government bond is generally considered to be the best approximation of a risk-free rate and 30-year Treasury bonds do exist, the yield to maturity on a 20-year Treasury bond is not affected by the additional demand for 30-year bonds that arises from being the longest maturity security available. At January 1, 1987, the yield to maturity on a 20-year Treasury bond was 7.39 percent.

*Beta*
Beta was developed from a study of the stock betas of the guideline companies. The unadjusted beta coefficients for each of the guideline companies were those reported by IDD Information Services/Tradeline, and were calculated using a regression analysis based on 60 months of data from December 31, 1981 to December 31, 1986. The unadjusted beta coefficients were then adjusted by the "Blume adjustment" factor, which adjusts for the tendency for betas to regress towards one over time. Finally, in order to adjust for the effect of financial leverage on each guideline company's beta, the adjusted betas were first "unlevered" based on the company's actual debt-to-equity ratio and then "relevered" based on the capital structure developed as discussed above. Based on these data and analyses, a (relevered) beta of 0.9 was considered reasonable for use in this analysis.

*Equity Risk Premium*

The expected return of the market in excess of the risk-free rate was estimated based on studies of both actual, historical stock market returns (*Stocks, Bonds Bills, and Inflation: 1987 Yearbook*, Ibbotson Associates) and estimates of expected future premiums (*APT!*, Alcar Associates). The Ibbotson study calculates historical premiums while the Alcar study estimates future expected market risk premiums. A summary of the historical equity risk premiums for selected historical periods and the expected future risk premium is as follows:

| | |
|---|---|
| 1926 to 1986 | 7.36% |
| 1966 to 1986 | 2.35% |
| 1976 to 1986 | 5.53% |
| Expected future premium | 4.44% |

Based on the information shown above for both actual historical and expected future premiums, we concluded that an equity risk premium of 5 percent was reasonable.

*Small Stock Premium and Company-Specific Risk*

The Ibbotson studies also identify a small stock premium based on studies of low capitalization stocks, defined as the lowest quintile of stocks (based on market capitalization) traded on the New York Stock Exchange. This premium recognizes the fact that equity holders demand a higher return from companies that are smaller in size and in total capitalization. As previously described, the company-specific risk factor is intended to reflect additional "idiosyncratic" risk that is not already captured in the beta or in the small stock premium.

Based on our analysis, and given the size of BCNEPA as well as its history and reputation, we concluded that an aggregate small stock premium and company-specific risk factor of 7 percent was appropriate.

Using the above estimates, the after-tax cost of equity is estimated at 18.9 percent (rounded) as of January 1, 1987, calculated as follows:

$$Rei = Rf + [Bb\ (Rm - Rf)] + SSP +/- RP_i$$

$$7.39\% + [0.9 \times (5.0\%)] + 7.0\% = 18.89\%$$

A final step to compute the WACC was to multiply the returns required for each component of capital by its contribution to total capital. A summary of the resulting weighted average cost of capital (using the capital structure, cost of debt and cost of equity calculated as described above) for January 1, 1987 is as follows:

| | | | |
|---|---|---|---|
| Debt | 15% x 5.6% | = | 0.84% |
| Equity | 85% x 18.9% | = | 16.07% |
| Weighted Average Cost of Capital | | = | 16.91% |

A discount rate slightly lower than the WACC for the Company as a whole was employed because future cash flows associated with existing employer group contracts was deemed to be less risky than the future cash flows of the Company overall, which would include cash flows associated with new contracts/subscribers and new product offerings. Therefore, a 16 percent discount rate was considered reasonable for use in the valuation of the employer group contracts.

### *8. Benefit of Tax Savings from Amortization*

For a non-amortizable asset, the present value of the estimated future cash flows determines its fair market value under the income approach. However, if, as of the date of valuation, an asset is amortizable for tax purposes, additional cash flows result from the tax savings due to amortization. The present value of this tax savings is calculated based on the asset's estimated remaining life. The fair market value of an amortizable asset using the income approach is therefore represented by the sum of the discounted present value of the expected future cash flows plus the present value of the tax savings due to amortization.

### *9. Recommendation of Value*

Based on the above analyses and assumptions, a total value of $32,485,000 is indicated for the employer group contracts. A listing of the individual values calculated for each of the

8,865 employer group contracts is being provided in both electronic and hardcopy format under separate cover.

Detailed valuation models for a sample of eight of the 8,865 contracts are presented in Exhibit E. The eight sample contracts were chosen to cover all possible combinations of coverages:

Local contract with basic coverage;
Local contract with basic and drug coverage;
Local contract with basic and major medical coverage;
Local contract with basic, drug and major medical coverage;
National contract with basic coverage;
National contract with basic and drug coverage;
National contract with basic and major medical coverage; and,
National contract with basic, drug and major medical coverage.

***10. Measurement of Abandonment Losses***

Following the estimation of the employer group contracts subscriber base value for each individual employer group contract, we re-analyzed the actual turnover that occurred, and the year that it occurred, for each of the 8,865 employer group contracts that existed on January 1, 1987. Using the values previously calculated for each contract, we calculated an annual "abandonment loss" amount for each year beginning in 1987, based on actual turnover during that year. A summary of the calculated abandonment losses from 1987 through 1995 is as follows:

| | |
|---|---|
| 1987 | $414,309 |
| 1988 | 6,244,435 |
| 1989 | 3,339,163 |
| 1990 | 2,056,197 |
| 1991 | 3,553,486 |
| 1992 | 1,409,549 |
| 1993 | 1,552,289 |
| 1994 | 534,183 |
| 1995 | 2,082,601 |

## D. Valuation of the Assembled Work Force

### *1. Introduction*

A considerable expenditure for hiring, training, and other personnel expenses would be required to assemble a work force with the skills and expertise comparable to those of BCNEPA's personnel. As previously described, the composition of BCNEPA's work force as of January 1, 1987, consisted of 89 exempt employees and 219 non-exempt employees, for a total of 308 employees.

It is our opinion that a cost approach is the most applicable approach to be utilized for the valuation of BCNEPA's work force. Under the cost approach, the costs associated with employee recruitment, selection, and training provides a measurement of value. Recruitment, selection, and training costs were estimated separately for an employee within each of the 12 employment classifications (11 for exempt and one for non-exempt) used by BCNEPA. Appended to this report, as Exhibit F, is a detailed breakdown of these costs as well as a summation of the total replacement cost per employee within each employment classification.

The following report sections describe the logic and procedures used to develop these costs. It should be noted that throughout this analysis, the costs incurred for recruiting and interviewing unsuccessful applicants are included as costs of obtaining a successful applicant, since those costs are associated with filling the employee position.

### *2. Hiring Costs*

Hiring costs are incurred to obtain a new employee, who may be either untrained or previously trained. The major components of hiring costs are advertising, employment agency fees, and interviewing costs.

Advertising costs were estimated to apply to the recruitment of employees in the employment classifications of exempt Professionals and all non-exempt employees. These costs were developed by multiplying the estimated number of lines per classified advertisement by the estimated average cost per line. The product was then multiplied by the average number of

days an advertisement would need to be published to attract enough applicants to identify a suitable candidate for employment.

According to BCNEPA management, the Company did not utilize employment agencies to fill either exempt or non-exempt positions. All recruiting was performed through regional advertising. Interviewing costs for each employment classification were developed by multiplying the average number of applicants per position by the average number of interviews per applicant, the product of which was then multiplied by the average time to conduct an interview. The administrative costs of processing applicants applied to the time required to review and analyze resumes and job applications, check references, and review interview results. This cost is determined by estimating the amount of administrative time required to find one successful applicant and multiplying it by the hourly salary, plus benefits, for the appropriate administrator.

As shown in Exhibit F, use of the estimates and calculations described above yielded an average estimated hiring cost of $2,500 (rounded) per exempt employee and $500 (rounded) per non-exempt employee. In order to test these costs for reasonableness, we compared these results to industry information obtained from human resource consultants.

Saratoga Institute, a human resources consulting firm, publishes an annual study titled *Human Resource Financial Report*. In the 1986 issue of this study, relevant hiring cost information reported was as follows:

| | Average Cost per Hire | |
|---|---|---|
| | Exempt | Non-Exempt |
| | $ | $ |
| Companies with 0 to 500 employees | 12,494 | 300 |
| Northeast Location | 9,385 | 413 |
| Insurance Industry | 3,607 | 310 |

Based on the above industry studies, the hiring costs estimated for BCNEPA's exempt and non-exempt employees were considered to be reasonable.

### *3. Training Costs*

Training costs refer to the costs that must be incurred to train employees and bring them to the level of performance normally expected from an individual in a given position. Training or learning costs can also be defined operationally as the costs incurred until an individual achieves a level of productivity normally expected in a given position.

Learning costs include both direct and indirect costs incurred in on-the-job training. The direct costs involve the salary expense of the trainee while at a productive deficiency during this training period. Indirect costs incurred during the learning period include the salary expense of the manager's lost performance to his/her primary duties while working with a trainee. The training costs of an employee or the costs of productive deficiency were determined by multiplying the daily salary of the trainee by the amount of productive deficiency incurred over the training period.

### *4. Recommendation of Value*

In conclusion, the summation of all recruitment, selection, and training costs by individual employee results in the total cost to replace an employee. It is our opinion that, for an assembled work force, the replacement cost is normally equal to fair market value (i.e. no element of obsolescence is applicable). This is because the existing work force normally is adequately trained and sufficiently productive to justify the full investment in the costs listed above. While the loss of individual employees over time will cause a decrease (amortization) in value of the work force in the future in an amount equal to the current replacement cost of each employee lost, the work force as it exists at the valuation date should have no such depreciation built into its value.

As shown in Exhibit F, the fair market value of BCNEPA's assembled work force as of January 1, 1987, was estimated at $659,000 (rounded). A summary of value by employment classification is as follows:

| Employment Classification | Number of Employees | Total Cost to Replace $000s | Cost to Replace per Employee $ |
|---|---|---|---|
| Exempt | | | |
| Officials | 4 | 37.0 | 9,242 |
| Executive Committee | 4 | 37.9 | 9,474 |
| Management Advisory Committee | 9 | 53.7 | 5,968 |
| Managers | 16 | 69.8 | 4,365 |
| Enrollment Managers | 7 | 35.3 | 5,045 |
| Administrative | 5 | 22.7 | 4,536 |
| Representatives | 9 | 31.0 | 3,449 |
| Supervisors | 18 | 55.4 | 3,076 |
| Systems Analysts | 3 | 18.9 | 6,285 |
| Accountants | 12 | 40.8 | 3,400 |
| Staff | 2 | 20.5 | 10,258 |
| Sub-total | 89 | 422.6 | 4,748 |
| Non-Exempt | 219 | 236.3 | 1,079 |
| Totals | 308 | 658.9 | 2,139 |

***5. Measurement of Abandonment Losses***

Following the estimation of assembled work force value by each individual employee, we analyzed the actual turnover that occurred, and the year that it occurred, for each of the 308 employees that were employed at January 1, 1987. Using information provided by BCNEPA human resources management, we prepared a data file that contained the following information for each of the employees:

Name;
Employment classification (as of 1/1/87);
Original year of hire;
Department Number;
Employee Number; and,
Termination date (if applicable).

We used this information, along with the value that was calculated for each individual employee, to calculate an annual "abandonment loss" amount for each year beginning in 1987, based on actual losses of specific contracts during that year. A listing of individual employees and fair market values has been prepared on a computer disk, and is being provided under separate cover. A summary of the calculated abandonment losses from 1987 through 1995 is as follows:

| | |
|---|---|
| 1987 | $33,824 |
| 1988 | 73,484 |
| 1989 | 41,763 |
| 1990 | 18,918 |
| 1991 | 13,706 |
| 1992 | 44,942 |
| 1993 | 24,058 |
| 1994 | 55,413 |
| 1995 | 12,999 |

**E. Summary and Conclusion**

Based on the valuation principles, procedures, assumptions, and limiting conditions described in the preceding report, we recommend an aggregate fair market value of $32,485,000 for BCNEPA's employer group contracts subscriber base and an aggregate fair market value of $659,000 for BCNEPA's assembled work force, as of January 1, 1987.

# DRAFT

**BlueCross of Northeastern Pennsylvania** Exhibit A

*Comparative Balance Sheet*

*At Year-End, December 31,*

| ASSETS | 1986 $000s | 1986 % | 1985 $000s | 1985 % | 1984 $000s | 1984 % | 1983 $000s | 1983 % | 1982 $000s | 1982 % | Compound Annual Growth % | Five Year Average $000s | Five Year Average % | Growth Analysis 1986 % | Growth Analysis 1985 % | Growth Analysis 1984 % | Growth Analysis 1983 % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Investments, at cost | 139,131 | 71.7 | 119,139 | 69.0 | 105,155 | 69.8 | 73,341 | 66.5 | 51,756 | 61.8 | 23.8 | 109,191 | 69.3 | 16.8 | 13.3 | 43.4 | 5.0 |
| Receivables: | | | | | | | | | | | | | | | | | |
| Subscriber dues | 27,740 | 14.3 | 31,466 | 18.8 | 28,792 | 19.1 | 21,102 | 19.1 | 17,588 | 21.0 | 9.5 | 27,525 | 17.8 | -14.6 | 12.8 | 36.4 | -0.1 |
| Inter-Plan Service Benefit Bank | 3,716 | 1.9 | 2,643 | 1.5 | 1,597 | 1.1 | 2,727 | 2.5 | 1,891 | 2.3 | 10.9 | 2,671 | 1.7 | 40.6 | 65.5 | -41.4 | -57.1 |
| Governmental agencies and programs | 1,948 | 1.0 | 2,287 | 1.3 | 1,976 | 1.3 | 2,143 | 1.9 | 2,024 | 2.4 | -3.1 | 2,088 | 1.4 | -14.8 | 15.8 | -7.8 | -32.5 |
| Joint agency accounts | 7,974 | 4.1 | 6,669 | 3.9 | 4,716 | 3.1 | 2,539 | 2.3 | 3,496 | 4.2 | 46.4 | 5,475 | 3.4 | 19.6 | 41.4 | 85.7 | 36.0 |
| Investment income receivable | 1,320 | 0.7 | 2,003 | 1.2 | 2,132 | 1.4 | 1,354 | 1.2 | 861 | 1.0 | -0.8 | 1,702 | 1.1 | -34.1 | -6.0 | 57.4 | 15.3 |
| Other | 2,905 | 1.5 | 2,352 | 1.4 | 1,183 | 0.8 | 373 | 0.3 | 423 | 0.5 | 98.2 | 1,703 | 1.0 | 23.5 | 98.8 | 217.0 | 132.2 |
| Total receivables | 45,603 | 23.5 | 48,420 | 28.0 | 40,397 | 26.8 | 30,239 | 27.4 | 26,283 | 31.4 | 14.7 | 41,165 | 26.4 | -5.8 | 19.9 | 31.6 | -2.2 |
| Cash | 1,039 | 0.5 | 326 | 0.2 | 494 | 0.3 | 1,691 | 1.5 | 493 | 0.6 | -15.0 | 888 | 0.6 | 218.7 | -34.0 | -70.8 | -78.6 |
| Prepaid expenses | 654 | 0.3 | 165 | 0.1 | 151 | 0.1 | 125 | 0.1 | 111 | 0.1 | 73.7 | 274 | 0.2 | 296.4 | 9.2 | 21.2 | -11.2 |
| Deferred expenses | 250 | 0.1 | 308 | 0.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | #N/A | 140 | 0.1 | -18.8 | #N/A | #N/A | #N/A |
| Real estate and equipment | | | | | | | | | | | | | | | | | |
| Land | 213 | 0.1 | 83 | 0.0 | 83 | 0.1 | 83 | 0.1 | C/F | 0.0 | 37.2 | 115 | 0.1 | 156.6 | 0.6 | 0.0 | -26.8 |
| Building | 1,160 | 0.6 | 120 | 0.1 | 120 | 0.1 | 120 | 0.1 | C/F | 0.0 | 113.0 | 380 | 0.2 | 866.7 | 0.0 | 0.0 | -26.8 |
| Equipment, furniture and fixtures | 1,746 | 0.9 | 1,659 | 1.0 | 1,529 | 1.0 | 1,536 | 1.4 | C/F | 0.0 | 4.4 | 1,618 | 1.1 | 5.2 | 8.5 | -0.4 | -27.1 |
| Leasehold improvements | 240 | 0.1 | 223 | 0.1 | 222 | 0.1 | 219 | 0.2 | C/F | 0.0 | 3.1 | 226 | 0.1 | 7.6 | 0.5 | 1.3 | -25.8 |
| Capitalized lease | 2,864 | 1.5 | 2,864 | 1.7 | 2,864 | 1.9 | 2,864 | 2.6 | C/F | 0.0 | 0.0 | 2,864 | 1.9 | 0.0 | 0.0 | 0.0 | -26.8 |
| Total real estate and equipment | 6,223 | 3.2 | 4,949 | 2.9 | 4,818 | 3.2 | 4,822 | 4.4 | C/F | 0.0 | 8.9 | 5,203 | 3.4 | 25.7 | 2.7 | -0.1 | -26.8 |
| Less accumulated: | | | | | | | | | | | | | | | | | |
| Depreciation | 1,366 | 0.7 | 1,254 | 0.7 | 3,280 | 2.2 | 2,658 | 2.4 | C/F | 0.0 | -19.9 | 2,140 | 1.5 | 8.9 | -61.8 | 23.4 | -9.6 |
| Amortization of capitalized lease | 643 | 0.3 | 572 | 0.3 | C/F | 0.0 | C/F | 0.0 | C/F | 0.0 | #N/A | 304 | 0.2 | 12.4 | #N/A | #N/A | #N/A |
| Real estate and equipment, net | 4,214 | 2.2 | 3,123 | 1.8 | 1,538 | 1.0 | 2,164 | 2.0 | 2,648 | 3.2 | 24.9 | 2,760 | 1.7 | 34.9 | 103.0 | -28.9 | -47.9 |
| Investment in Shared Services Center | 3,088 | 1.6 | 1,217 | 0.7 | 2,819 | 1.9 | 2,711 | 2.5 | 2,507 | 3.0 | 4.4 | 2,459 | 1.7 | 153.7 | -56.8 | 4.0 | -23.8 |
| Investment in Northeast Penna. HMO Mgmt., Inc. | 50 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | #N/A | 13 | 0.0 | #N/A | #N/A | #N/A | #N/A |
| TOTAL ASSETS | $194,029 | 100.0 | $172,698 | 100.0 | $150,554 | 100.0 | $110,270 | 100.0 | $83,791 | 100.0 | 20.7 | $156,888 | 100.0 | 12.4 | 14.7 | 36.5 | 0.0 |

| LIABILITIES AND SURPLUS RESERVE | 1986 $000s | 1986 % | 1985 $000s | 1985 % | 1984 $000s | 1984 % | 1983 $000s | 1983 % | 1982 $000s | 1982 % | Compound Annual Growth % | Five Year Average $000s | Five Year Average % | Growth Analysis 1986 % | Growth Analysis 1985 % | Growth Analysis 1984 % | Growth Analysis 1983 % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claim liabilities | 71,177 | 36.7 | 64,419 | 39.6 | 56,545 | 37.6 | 49,884 | 45.2 | 39,569 | 47.2 | 12.6 | 61,506 | 39.8 | 4.0 | 21.0 | 13.4 | -17.0 |
| Amounts due Pennsylvania BlueShield | 2,722 | 1.4 | 2,026 | 1.2 | 451 | 0.3 | 1,275 | 1.2 | 1,136 | 1.4 | 28.8 | 1,619 | 1.0 | 34.4 | 349.0 | -64.6 | -74.1 |
| Deposits from other Plans | 4,910 | 2.5 | 5,152 | 3.0 | 5,855 | 3.9 | 5,023 | 4.6 | 4,881 | 5.8 | -0.8 | 5,235 | 3.5 | -4.7 | -12.0 | 16.6 | -14.6 |
| Funds held for distribution to participating Plans | 5,283 | 2.7 | 6,919 | 4.0 | 3,359 | 2.2 | 1,663 | 1.5 | 893 | 1.1 | 47.8 | 4,306 | 2.6 | -23.6 | 106.0 | 102.0 | 48.0 |
| Accounts payable and other liabilities | 6,684 | 3.4 | 5,163 | 3.0 | 3,717 | 2.5 | 2,971 | 2.7 | 2,506 | 3.0 | 31.0 | 4,634 | 2.9 | 29.5 | 38.9 | 25.1 | -8.4 |
| Unearned subscriber dues | 9,547 | 4.9 | 8,999 | 5.2 | 8,711 | 5.8 | 8,986 | 8.1 | 7,593 | 9.1 | 2.0 | 9,061 | 6.0 | 6.1 | 3.3 | -3.1 | -29.0 |
| Negative cash balance | 0 | 0.0 | 741 | 0.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | #N/A | 185 | 0.1 | #N/A | #N/A | #N/A | #N/A |
| Total liabilities | 100,323 | 51.7 | 97,419 | 56.4 | 78,638 | 52.2 | 69,801 | 63.3 | 56,579 | 67.5 | 12.9 | 86,545 | 55.9 | 3.0 | 23.9 | 12.7 | -17.5 |
| Minority interest in subsidiary company | 84 | 0.0 | 159 | 0.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | #N/A | 61 | 0.0 | -47.2 | #N/A | #N/A | #N/A |
| Surplus reserve | 93,622 | 48.3 | 75,120 | 43.5 | 71,915 | 47.8 | 40,469 | 36.7 | 27,212 | 32.5 | 32.3 | 70,282 | 44.1 | 24.6 | 4.5 | 77.7 | 30.2 |
| TOTAL LIABILITIES AND SURPLUS RESERVE | $194,029 | 100.0 | $172,698 | 100.0 | $150,554 | 100.0 | $110,270 | 100.0 | $83,791 | 100.0 | 20.7 | $156,888 | 100.0 | 12.4 | 14.7 | 36.5 | 0.0 |

Note: Above data compiled from audited financial statements



NEPA0001304

Exhibit B

**BlueCross of Northeastern Pennsylvania**
*Comparative Income Statement*
*For Year Ended, December 31,*

| | 1986 | | 1985 | | 1984 | | 1983 | | 1982 | | Compound Annual Growth | Five Year Average | | Growth Analysis | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $000s | % | $000s | % | $000s | % | $000s | % | $000s | % | % | $000s | % | 1986 % | 1985 % | 1984 % | 1983 % |
| **Revenues** | | | | | | | | | | | | | | | | | |
| Earned subscription income | 244,930 | 100.0 | 237,718 | 100.0 | 247,458 | 100.0 | 225,523 | 100.0 | 185,955 | 100.0 | 2.8 | 238,907 | 100.0 | 3.0 | -3.9 | 9.7 | 0.0 |
| Case management income | 56 | 0.0 | 13 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | #N/A | 17 | 0.0 | 330.8 | #N/A | #N/A | #N/A |
| Total revenues | 244,986 | 100.0 | 237,731 | 100.0 | 247,458 | 100.0 | 225,523 | 100.0 | 185,955 | 100.0 | 2.8 | 238,924 | 100.0 | 3.1 | -3.9 | 9.7 | 0.0 |
| **Expenses** | | | | | | | | | | | | | | | | | |
| Claims incurred | 237,162 | 96.8 | 240,189 | 101.0 | 218,109 | 88.1 | 212,329 | 94.1 | 183,220 | 98.5 | 3.8 | 226,947 | 95.0 | -1.3 | 10.1 | 2.7 | -6.4 |
| Operating and administrative expenses | 8,950 | 3.7 | 7,413 | 3.1 | 6,383 | 2.6 | 6,165 | 2.7 | 5,408 | 2.9 | 13.2 | 7,228 | 3.0 | 20.7 | 16.1 | 3.5 | -5.6 |
| Total Expenses | 246,112 | 100.5 | 247,602 | 104.2 | 224,492 | 90.7 | 218,495 | 96.9 | 188,629 | 101.4 | 4.0 | 234,175 | 98.1 | -0.6 | 10.3 | 2.7 | -6.4 |
| Gain (loss) from operations | (1,126) | -0.5 | (9,871) | -4.2 | 22,965 | 9.3 | 7,028 | 3.1 | (2,673) | -1.4 | #N/A | 4,749 | 1.9 | #N/A | #N/A | 226.8 | 197.8 |
| Net investment income | 9,975 | 4.1 | 11,269 | 4.7 | 9,184 | 3.7 | 5,795 | 2.6 | 4,838 | 2.6 | 19.8 | 9,056 | 3.8 | -11.5 | 22.7 | 58.5 | 44.4 |
| Net realized gain (loss) on sale of investments | 9,516 | 3.9 | 1,716 | 0.7 | (710) | -0.3 | 428 | 0.2 | (251) | -0.1 | 181.2 | 2,737 | 1.1 | 454.5 | #N/A | #N/A | #N/A |
| Miscellaneous income | 62 | 0.0 | 35 | 0.0 | 7 | 0.0 | 6 | 0.0 | (6) | 0.0 | 122.0 | 28 | 0.0 | 77.1 | 372.0 | 31.0 | 19.3 |
| Income before minority interest in loss of subsidiary | 18,427 | 7.5 | 3,149 | 1.3 | 31,446 | 12.7 | 13,257 | 5.9 | 1,907 | 1.0 | 11.6 | 16,570 | 6.9 | 485.2 | -90.0 | 137.2 | 116.2 |
| Minority interest in loss of subsidiary | 75 | 0.0 | 56 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | #N/A | 33 | 0.0 | 33.9 | #N/A | #N/A | #N/A |
| NET INCOME | 18,502 | 7.6 | 3,205 | 1.3 | 31,446 | 12.7 | 13,257 | 5.9 | 1,907 | 1.0 | 11.8 | 16,603 | 6.9 | 477.3 | -89.8 | 137.2 | 116.2 |

Note: Above data compiled from audited financial statements.

**BlueCross of Northeastern Pennsylvania**

Exhibit C

*Analysis of Claims Expenses, Underwriting Gains, and Operating Expenses*

| | Local Groups | | | | |
|---|---|---|---|---|---|
| | Basic | Drug | Major Medical | National Groups | Total Corporate (a) |
| | (Percent of Premium Revenues) | | | | |
| Claims Expense Ratio | | | | | |
| 1986 | 100.3% | 91.5% | 95.6% | 87.0% | 96.8% |
| 1985 | 99.3% | 87.6% | 96.3% | 94.3% | 101.0% |
| 1984 | 84.8% | 85.0% | 97.2% | 90.8% | 88.1% |
| 1983 | 89.4% | 100.2% | 104.4% | 89.9% | 94.1% |
| 1982 | 98.3% | 99.8% | 95.1% | 88.0% | 98.5% |
| *Average* | 94.4% | 92.8% | 97.7% | 90.0% | 95.7% |
| *Weighted Average* | 95.3% | 90.9% | 97.2% | 90.2% | 95.9% |
| *Median* | 98.3% | 91.5% | 96.3% | 89.9% | 96.8% |
| Investment Income | | | | | |
| 1986 | N/A | N/A | N/A | N/A | 4.1% |
| 1985 | N/A | N/A | N/A | N/A | 4.7% |
| 1984 | N/A | N/A | N/A | N/A | 3.7% |
| 1983 | N/A | N/A | N/A | N/A | 2.6% |
| 1982 | N/A | N/A | N/A | N/A | 2.6% |
| *Average* | N/A | N/A | N/A | N/A | 3.5% |
| *Weighted Average* | N/A | N/A | N/A | N/A | 3.9% |
| *Median* | N/A | N/A | N/A | N/A | 3.7% |
| Estimated Pro Forma Underwriting Gain (Loss) | 5.5% | 9.0% | 4.0% | 10.0% | |
| Operating Expenses | | | | | |
| 1986 | N/A | N/A | N/A | N/A | 3.7% |
| 1985 | N/A | N/A | N/A | N/A | 3.1% |
| 1984 | N/A | N/A | N/A | N/A | 2.6% |
| 1983 | N/A | N/A | N/A | N/A | 2.7% |
| 1982 | N/A | N/A | N/A | N/A | 2.9% |
| *Average* | N/A | N/A | N/A | N/A | 3.0% |
| *Weighted Average* | N/A | N/A | N/A | N/A | 3.1% |
| *Median* | N/A | N/A | N/A | N/A | 2.9% |

(a) Includes individuals.

**BlueCross of Northeastern Pennsylvania**
*Survival Probability Functions*

Exhibit D

| Year | Survival Probability Function for 1987 Contracts | Survival Probability Function for 1986 Contracts | Survival Probability Function for 1985 Contracts | Survival Probability Function for 1984 Contracts | Survival Probability Function for 1983 Contracts | Survival Probability Function for 1982 Contracts | Survival Probability Function for 1981 Contracts | Survival Probability Function for 1980 Contracts | Survival Probability Function for 1979 Contracts | Survival Probability Function for 1978 Contracts | Survival Probability Function for 1977 Contracts | Survival Probability Function for 1976 Contracts | Survival Probability Function for 1975 Contracts | Survival Probability Function for 1974 Contracts | Survival Probability Function for 1973 Contracts | Survival Probability Function for 1972 Contracts | Survival Probability Function for 1971 Contracts | Survival Probability Function for 1970 Contracts | Survival Probability Function for 1969 Contracts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| 2 | 98.8% | 98.8% | 97.4% | 96.1% | 95.0% | 94.1% | 93.4% | 92.9% | 92.6% | 92.3% | 92.6% | 92.9% | 93.4% | 94.1% | 95.1% | 95.1% | 95.1% | 95.1% | 95.1% |
| 3 | 96.2% | 96.2% | 93.5% | 91.2% | 89.3% | 87.9% | 86.7% | 86.0% | 85.7% | 85.7% | 86.1% | 86.8% | 88.0% | 89.3% | 90.4% | 90.4% | 90.4% | 90.4% | 90.4% |
| 4 | 92.4% | 92.4% | 88.8% | 85.8% | 83.4% | 81.6% | 80.3% | 79.6% | 79.3% | 79.6% | 80.4% | 81.7% | 83.6% | 85.1% | 85.9% | 85.9% | 85.9% | 85.9% | 85.9% |
| 5 | 87.8% | 87.8% | 83.5% | 80.1% | 77.5% | 75.6% | 74.3% | 73.7% | 73.7% | 74.4% | 75.7% | 77.7% | 79.5% | 80.9% | 81.6% | 81.6% | 81.6% | 81.6% | 81.6% |
| 6 | 82.6% | 82.6% | 78.0% | 74.4% | 71.8% | 69.9% | 68.8% | 68.5% | 68.9% | 70.0% | 72.0% | 73.9% | 75.6% | 76.9% | 77.6% | 77.6% | 77.6% | 77.6% | 77.6% |
| 7 | 77.1% | 77.1% | 72.5% | 68.9% | 66.4% | 64.7% | 64.0% | 64.0% | 64.9% | 66.0% | 68.4% | 70.2% | 71.8% | 73.1% | 73.8% | 73.8% | 73.8% | 73.8% | 73.8% |
| 8 | 71.6% | 71.6% | 67.1% | 63.8% | 61.5% | 60.2% | 59.8% | 60.2% | 61.6% | 63.3% | 65.0% | 66.7% | 68.3% | 69.4% | 70.1% | 70.1% | 70.1% | 70.1% | 70.1% |
| 9 | 66.3% | 66.3% | 62.1% | 59.1% | 57.1% | 56.2% | 56.3% | 57.3% | 58.6% | 60.2% | 61.8% | 63.4% | 64.9% | 66.0% | 66.7% | 66.7% | 66.7% | 66.7% | 66.7% |
| 10 | 61.4% | 61.4% | 57.5% | 54.9% | 53.4% | 52.9% | 53.5% | 54.4% | 55.7% | 57.2% | 58.8% | 60.3% | 61.7% | 62.8% | 63.4% | 63.4% | 63.4% | 63.4% | 63.4% |
| 11 | 56.8% | 56.8% | 53.4% | 51.3% | 50.3% | 50.3% | 50.8% | 51.7% | 52.9% | 54.4% | 55.8% | 57.3% | 58.6% | 59.6% | 60.2% | 60.2% | 60.2% | 60.2% | 60.2% |
| 12 | 52.8% | 52.8% | 49.9% | 48.3% | 47.8% | 47.8% | 48.3% | 49.2% | 50.3% | 51.7% | 53.1% | 54.5% | 55.7% | 56.7% | 57.2% | 57.2% | 57.2% | 57.2% | 57.2% |
| 13 | 49.3% | 49.3% | 47.0% | 45.9% | 45.4% | 45.5% | 45.9% | 46.7% | 47.8% | 49.1% | 50.5% | 51.8% | 53.0% | 53.9% | 54.4% | 54.4% | 54.4% | 54.4% | 54.4% |
| 14 | 46.4% | 46.4% | 44.7% | 43.6% | 43.2% | 43.2% | 43.7% | 44.4% | 45.5% | 46.7% | 48.0% | 49.2% | 50.4% | 51.2% | 51.7% | 51.7% | 51.7% | 51.7% | 51.7% |
| 15 | 44.2% | 44.2% | 42.5% | 41.5% | 41.0% | 41.1% | 41.5% | 42.2% | 43.2% | 44.4% | 45.6% | 46.8% | 47.9% | 48.7% | 49.2% | 49.2% | 49.2% | 49.2% | 49.0% |
| 16 | 42.0% | 42.0% | 40.4% | 39.4% | 39.0% | 39.0% | 39.4% | 40.2% | 41.1% | 42.2% | 43.3% | 44.5% | 45.5% | 46.3% | 46.7% | 46.7% | 46.7% | 46.6% | 46.3% |
| 17 | 39.9% | 39.9% | 38.4% | 37.5% | 37.1% | 37.1% | 37.5% | 38.2% | 39.1% | 40.1% | 41.2% | 42.3% | 43.2% | 44.0% | 44.4% | 44.4% | 44.3% | 44.0% | 43.6% |
| 18 | 37.9% | 37.9% | 36.5% | 35.6% | 35.2% | 35.3% | 35.6% | 36.3% | 37.1% | 38.1% | 39.2% | 40.2% | 41.1% | 41.8% | 42.2% | 42.1% | 41.8% | 41.4% | 40.8% |
| 19 | 36.0% | 36.0% | 34.7% | 33.8% | 33.5% | 33.5% | 33.9% | 34.5% | 35.3% | 36.2% | 37.2% | 38.2% | 39.1% | 39.8% | 40.0% | 39.7% | 39.4% | 38.8% | 38.1% |
| 20 | 34.3% | 34.3% | 33.0% | 32.2% | 31.8% | 31.9% | 32.2% | 32.8% | 33.5% | 34.4% | 35.4% | 36.3% | 37.1% | 37.7% | 37.8% | 37.4% | 36.9% | 36.2% | 35.4% |
| 21 | 32.6% | 32.6% | 31.3% | 30.6% | 30.3% | 30.3% | 30.6% | 31.2% | 31.9% | 32.7% | 33.6% | 34.5% | 35.2% | 35.6% | 35.6% | 35.1% | 34.4% | 33.6% | 32.7% |
| 22 | 31.0% | 31.0% | 29.8% | 29.1% | 28.8% | 28.8% | 29.1% | 29.6% | 30.3% | 31.1% | 32.0% | 32.7% | 33.2% | 33.5% | 33.3% | 32.7% | 32.0% | 31.1% | 29.9% |
| 23 | 29.4% | 29.4% | 28.3% | 27.6% | 27.3% | 27.4% | 27.7% | 28.2% | 28.8% | 29.0% | 30.3% | 30.9% | 31.3% | 31.4% | 31.1% | 30.4% | 29.5% | 28.5% | 27.2% |
| 24 | 28.0% | 28.0% | 26.9% | 26.3% | 26.0% | 26.0% | 26.3% | 26.8% | 27.4% | 28.0% | 28.6% | 29.1% | 29.3% | 29.3% | 28.9% | 28.1% | 27.1% | 25.9% | 24.5% |
| 25 | 26.6% | 26.6% | 25.6% | 25.0% | 24.7% | 24.7% | 25.0% | 25.4% | 25.9% | 26.5% | 26.9% | 27.3% | 27.4% | 27.2% | 26.7% | 25.7% | 24.6% | 23.3% | 21.8% |
| 26 | 25.3% | 25.3% | 24.3% | 23.7% | 23.5% | 23.5% | 23.8% | 24.1% | 24.5% | 24.9% | 25.2% | 25.4% | 25.4% | 25.1% | 24.4% | 23.4% | 22.1% | 20.7% | 19.1% |
| 27 | 24.0% | 24.0% | 23.1% | 22.6% | 22.3% | 22.3% | 22.5% | 22.8% | 23.1% | 23.3% | 23.6% | 23.6% | 23.5% | 23.0% | 22.2% | 21.0% | 19.7% | 18.1% | 16.3% |
| 28 | 22.8% | 22.8% | 22.0% | 21.4% | 21.2% | 21.2% | 21.3% | 21.4% | 21.6% | 21.8% | 21.9% | 21.8% | 21.5% | 20.9% | 20.0% | 18.7% | 17.2% | 15.5% | 13.6% |
| 29 | 21.7% | 21.7% | 20.9% | 20.4% | 20.1% | 20.0% | 20.0% | 20.1% | 20.2% | 20.2% | 20.2% | 20.0% | 19.6% | 18.8% | 17.8% | 16.4% | 14.8% | 12.9% | 10.9% |
| 30 | 20.6% | 20.6% | 19.8% | 19.3% | 19.0% | 18.8% | 18.8% | 18.7% | 18.7% | 18.7% | 18.5% | 18.2% | 17.6% | 16.7% | 15.6% | 14.0% | 12.3% | 10.4% | 8.2% |
| 31 | 19.6% | 19.6% | 18.8% | 18.2% | 17.9% | 17.6% | 17.5% | 17.4% | 17.9% | 17.1% | 16.8% | 16.4% | 15.6% | 14.6% | 13.3% | 11.7% | 9.8% | 7.8% | 5.4% |
| 32 | 18.6% | 18.6% | 17.8% | 17.2% | 16.8% | 16.5% | 16.3% | 16.1% | 15.9% | 15.6% | 15.1% | 14.5% | 13.7% | 12.6% | 11.1% | 9.4% | 7.4% | 5.2% | 2.7% |
| 33 | 17.6% | 17.6% | 16.7% | 16.1% | 15.6% | 15.3% | 15.0% | 14.7% | 14.4% | 14.0% | 13.5% | 12.7% | 11.7% | 10.5% | 8.9% | 7.0% | 4.9% | 2.6% | 0.0% |
| 34 | 16.5% | 16.5% | 15.7% | 15.0% | 14.5% | 14.1% | 13.8% | 13.4% | 13.0% | 12.5% | 11.8% | 10.9% | 9.8% | 8.4% | 6.7% | 4.7% | 2.5% | 0.0% | |
| 35 | 15.5% | 15.5% | 14.6% | 13.9% | 13.4% | 12.9% | 12.5% | 12.1% | 11.5% | 10.9% | 10.1% | 9.1% | 7.8% | 6.3% | 4.4% | 2.3% | 0.0% | | |
| 36 | 14.5% | 14.5% | 13.6% | 12.9% | 12.3% | 11.8% | 11.3% | 10.7% | 10.1% | 9.3% | 8.4% | 7.3% | 5.9% | 4.2% | 2.2% | 0.0% | | | |
| 37 | 13.4% | 13.4% | 12.5% | 11.8% | 11.2% | 10.6% | 10.0% | 9.4% | 8.7% | 7.8% | 6.7% | 5.5% | 3.9% | 2.1% | 0.0% | | | | |
| 38 | 12.4% | 12.4% | 11.5% | 10.7% | 10.1% | 9.4% | 8.8% | 8.0% | 7.2% | 6.2% | 5.1% | 3.6% | 2.0% | 0.0% | | | | | |
| 39 | 11.4% | 11.4% | 10.4% | 9.7% | 8.9% | 8.2% | 7.5% | 6.7% | 5.8% | 4.7% | 3.4% | 1.8% | 0.0% | | | | | | |
| 40 | 10.3% | 10.3% | 9.4% | 8.6% | 7.8% | 7.1% | 6.3% | 5.4% | 4.3% | 3.1% | 1.7% | 0.0% | | | | | | | |
| 41 | 9.3% | 9.3% | 8.4% | 7.5% | 6.7% | 5.9% | 5.0% | 4.0% | 2.9% | 1.6% | 0.0% | | | | | | | | |
| 42 | 8.3% | 8.3% | 7.3% | 6.4% | 5.6% | 4.7% | 3.8% | 2.7% | 1.4% | 0.0% | | | | | | | | | |
| 43 | 7.2% | 7.2% | 6.3% | 5.4% | 4.5% | 3.5% | 2.5% | 1.3% | 0.0% | | | | | | | | | | |
| 44 | 6.2% | 6.2% | 5.2% | 4.3% | 3.4% | 2.4% | 1.3% | 0.0% | | | | | | | | | | | |
| 45 | 5.2% | 5.2% | 4.2% | 3.2% | 2.2% | 1.2% | 0.0% | | | | | | | | | | | | |
| 46 | 4.1% | 4.1% | 3.1% | 2.2% | 1.1% | 0.0% | | | | | | | | | | | | | |

Exhibit E-1

**BlueCross of Northeastern Pennsylvania**
*Sample Valuations of Selected Employer Group Contracts*
*Employer Group Contract: (4000238000)*
*Valuation at January 1, 198-*

| *Key Independent Variables:* | |
|---|---|
| Group Type | *Local* |
| Coverages | *Basic* |
| Date of Contract Initiation | *l-March-72* |
| 1986 Allocated Premium Revenue | *$12,836* |
| Annual Growth in Premiums | *7.0%* |
| Estimated Claims as a Percent of Premiums | *94.5%* |
| Pro Forma Underwriting Gain | *5.5%* |
| Operating Expenses as a Percent of Premiums | *3.1%* |
| Percentage of Operating Expenses not Associated with Servicing Existing Subscribers | *9.0%* |
| Combined Marginal Income Tax Rate prior to 7/1/87 | *46.0%* |
| Combined Marginal Income Tax Rate after 7/1/87 | *34.0%* |
| Net Capital Expenditures Related to Existing Subscriber Base | *0.04%* |
| Required Annual Return on Other Assets Employed Assuming 100% Retention | *0.44%* |
| Discount Rate | *16.0%* |

| *Years Ending December 31,* | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|---|---|
| (a) Estimated premium revenues assuming retention | $13,734 | $14,695 | $15,724 | $16,825 | $18,003 | $19,263 | $20,611 | $22,054 | $23,598 | $25,249 |
| (b) Survival Probability Function | 95.1% | 90.4% | 85.9% | 81.6% | 77.6% | 73.8% | 70.1% | 66.7% | 63.4% | 60.2% |
| (c) Average of survival probabilities | 92.7% | 88.1% | 83.8% | 79.6% | 75.7% | 71.9% | 68.4% | 65.0% | 61.8% | 58.7% |
| (d) Expected value of premium revenues | 12,731 | 12,950 | 13,171 | 13,396 | 13,624 | 13,858 | 14,095 | 14,335 | 14,580 | 14,829 |
| (e) Estimated Claims Expense | 12,031 | 12,237 | 12,447 | 12,659 | 12,875 | 13,095 | 13,320 | 13,547 | 13,778 | 14,013 |
| (f) Pro Forma Underwriting Gain | 700 | 712 | 724 | 737 | 749 | 762 | 775 | 788 | 802 | 816 |
| (g) Less: Allocated operating expenses | 359 | 365 | 372 | 378 | 384 | 391 | 398 | 404 | 411 | 418 |
| (h) Operating profit | 341 | 347 | 353 | 359 | 365 | 371 | 378 | 384 | 391 | 397 |
| (i) Less: Provision for income taxes | 136 | 118 | 120 | 122 | 124 | 126 | 128 | 131 | 133 | 135 |
| (j) Aftertax net earnings | 205 | 229 | 233 | 237 | 241 | 245 | 249 | 253 | 258 | 262 |
| (k) Cash flow adjustments<br>Deduct: Capital expenditures net of depreciation | 5 | 5 | 5 | 5 | 5 | 6 | 6 | 6 | 6 | 6 |
| (l) Cash flow attributable to contract | 200 | 224 | 228 | 232 | 235 | 239 | 244 | 248 | 252 | 256 |
| (m) Less: Required return on other assets employed | 56 | 57 | 58 | 59 | 60 | 61 | 62 | 63 | 64 | 65 |
| (n) Adjusted cash flow attributable to contract | 144 | 167 | 170 | 173 | 176 | 179 | 182 | 185 | 188 | 191 |
| (o) Present value interest factor | 0.9285 | 0.8004 | 0.6900 | 0.5948 | 0.5128 | 0.4421 | 0.3811 | 0.3285 | 0.2832 | 0.2441 |
| (p) PV of adjusted cash flow attributable to contract | 133 | 134 | 117 | 103 | 90 | 79 | 69 | 61 | 53 | 47 |
| (q) Sum of present values | *$1,382* | | | | | | | | | |
| Estimated Benefit of Tax Savings from Amortization | | | | | | | | | | |
| (r) Expected Remaining Life (Years) | 15 | | | | | | | | | |
| (s) Present Value Annuity Factor | 5.5755 | | | | | | | | | |
| (t) Incremental Value | *$171* | | | | | | | | | |
| (u) TOTAL VALUE | *$1,553* | | | | | | | | | |

| *Years Ending December 31,* | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| (a) Estimated premium revenues assuming retention | $27,017 | $28,908 | $30,932 | $33,097 | $35,414 | $37,893 | $40,545 | $43,383 | $46,420 | $49,670 |
| (b) Survival Probability Function | 57.2% | 54.4% | 51.7% | 49.2% | 46.7% | 44.4% | 42.1% | 39.7% | 37.4% | 35.1% |
| (c) Average of survival probabilities | 55.8% | 53.1% | 50.4% | 47.9% | 45.6% | 43.3% | 40.9% | 38.6% | 36.2% | 33.9% |
| (d) Expected value of premium revenues | 15,082 | 15,340 | 15,602 | 15,868 | 16,140 | 16,389 | 16,587 | 16,735 | 16,823 | 16,838 |
| (e) Estimated Claims Expense | 14,253 | 14,496 | 14,744 | 14,996 | 15,252 | 15,487 | 15,675 | 15,815 | 15,897 | 15,912 |
| (f) Pro Forma Underwriting Gain | 830 | 844 | 858 | 873 | 888 | 901 | 912 | 920 | 925 | 926 |
| (g) Less: Allocated operating expenses | 425 | 433 | 440 | 448 | 455 | 462 | 468 | 472 | 475 | 475 |
| (h) Operating profit | 404 | 411 | 418 | 425 | 432 | 439 | 444 | 448 | 451 | 451 |
| (i) Less: Provision for income taxes | 137 | 140 | 142 | 145 | 147 | 149 | 151 | 152 | 153 | 153 |
| (j) Aftertax net earnings | 267 | 271 | 276 | 281 | 285 | 290 | 293 | 296 | 297 | 298 |
| (k) Cash flow adjustments<br>Deduct: Capital expenditures net of depreciation | 6 | 6 | 6 | 6 | 6 | 7 | 7 | 7 | 7 | 7 |
| (l) Cash flow attributable to contract | 261 | 265 | 270 | 274 | 279 | 283 | 287 | 289 | 291 | 291 |
| (m) Less: Required return on other assets employed | 66 | 67 | 69 | 70 | 71 | 72 | 73 | 74 | 74 | 74 |
| (n) Adjusted cash flow attributable to contract | 194 | 198 | 201 | 204 | 208 | 211 | 214 | 216 | 217 | 217 |
| (o) Present value interest factor | 0.2105 | 0.1814 | 0.1564 | 0.1348 | 0.1162 | 0.1002 | 0.0864 | 0.0745 | 0.0642 | 0.0553 |
| (p) PV of adjusted cash flow attributable to contract | 41 | 36 | 31 | 28 | 24 | 21 | 18 | 16 | 14 | 12 |

Exhibit E-1

| | *Years Ending December 31,* | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | Estimated premium revenues assuming retention | $53,146 | $56,867 | $60,847 | $65,107 | $69,664 | $74,541 | $79,758 | $85,342 | $91,315 | $97,708 |
| (b) | Survival Probability Function | 32.7% | 30.4% | 28.1% | 25.7% | 23.4% | 21.0% | 18.7% | 16.4% | 14.0% | 11.7% |
| (c) | Average of survival probabilities | 31.6% | 29.2% | 26.9% | 24.6% | 22.2% | 19.9% | 17.5% | 15.2% | 12.9% | 10.5% |
| (d) | Expected value of premium revenues | 16,773 | 16,616 | 16,359 | 15,984 | 15,472 | 14,811 | 13,982 | 12,968 | 11,743 | 10,278 |
| (e) | Estimated Claims Expense | 15,850 | 15,703 | 15,459 | 15,105 | 14,621 | 13,997 | 13,213 | 12,254 | 11,097 | 9,713 |
| (f) | Pro Forma Underwriting Gain | 923 | 914 | 900 | 879 | 851 | 815 | 769 | 713 | 646 | 565 |
| (g) | Less: Allocated operating expenses | 473 | 469 | 461 | 451 | 436 | 418 | 394 | 366 | 331 | 290 |
| (h) | Operating profit | 449 | 445 | 438 | 428 | 415 | 397 | 375 | 347 | 315 | 275 |
| (i) | Less: Provision for income taxes | 153 | 151 | 149 | 146 | 141 | 135 | 127 | 118 | 107 | 94 |
| (j) | Aftertax net earnings | 297 | 294 | 289 | 283 | 274 | 262 | 247 | 229 | 208 | 182 |
| (k) | Cash flow adjustments<br>Deduct: Capital expenditures net of depreciation | 7 | 7 | 7 | 6 | 6 | 6 | 6 | 5 | 5 | 4 |
| (l) | Cash flow attributable to contract | 290 | 287 | 283 | 276 | 267 | 256 | 242 | 224 | 203 | 178 |
| (m) | Less: Required return on other assets employed | 74 | 73 | 72 | 70 | 68 | 65 | 62 | 57 | 52 | 45 |
| (n) | Adjusted cash flow attributable to contract | 216 | 214 | 211 | 206 | 199 | 191 | 180 | 167 | 151 | 132 |
| (o) | Present value interest factor | 0.0477 | 0.0411 | 0.0355 | 0.0306 | 0.0263 | 0.0227 | 0.0196 | 0.0169 | 0.0146 | 0.0125 |
| (p) | PV of adjusted cash flow attributable to contract | 10 | 9 | 7 | 6 | 5 | 4 | 4 | 3 | 2 | 2 |

| | *Years Ending December 31,* | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | Estimated premium revenues assuming retention | $104,547 | $111,865 | $119,696 | $128,075 | $137,040 | $146,633 | $156,897 | $167,880 | $179,631 | $192,206 |
| (b) | Survival Probability Function | 9.4% | 7.0% | 4.7% | 2.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| (c) | Average of survival probabilities | 8.2% | 5.8% | 3.5% | 1.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| (d) | Expected value of premium revenues | 8,552 | 6,539 | 4,201 | 1,498 | 0 | 0 | 0 | 0 | 0 | 0 |
| (e) | Estimated Claims Expense | 8,082 | 6,179 | 3,970 | 1,416 | 0 | 0 | 0 | 0 | 0 | 0 |
| (f) | Pro Forma Underwriting Gain | 470 | 360 | 231 | 82 | 0 | 0 | 0 | 0 | 0 | 0 |
| (g) | Less: Allocated operating expenses | 241 | 184 | 119 | 42 | 0 | 0 | 0 | 0 | 0 | 0 |
| (h) | Operating profit | 229 | 175 | 113 | 40 | 0 | 0 | 0 | 0 | 0 | 0 |
| (i) | Less: Provision for income taxes | 78 | 60 | 38 | 14 | 0 | 0 | 0 | 0 | 0 | 0 |
| (j) | Aftertax net earnings | 151 | 116 | 74 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| (k) | Cash flow adjustments<br>Deduct: Capital expenditures net of depreciation | 3 | 3 | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| (l) | Cash flow attributable to contract | 148 | 113 | 73 | 26 | 0 | 0 | 0 | 0 | 0 | 0 |
| (m) | Less: Required return on other assets employed | 38 | 29 | 18 | 7 | 0 | 0 | 0 | 0 | 0 | 0 |
| (n) | Adjusted cash flow attributable to contract | 110 | 84 | 54 | 19 | 0 | 0 | 0 | 0 | 0 | 0 |
| (o) | Present value interest factor | 0.0108 | 0.0093 | 0.0080 | 0.0069 | 0.0060 | 0.0051 | 0.0044 | 0.0038 | 0.0033 | 0.0028 |
| (p) | PV of adjusted cash flow attributable to contract | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |





NEPA0001309