**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | Civil Action No. 05-503 T<br>Judge Thomas C. Wheeler |

**PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Rules of the United States Court of Federal Claims, Plaintiff Hospital Service Association of Northeastern Pennsylvania ("HSA") respectfully cross moves for partial summary judgment on the two issues raised by the Government's motion for summary judgment. Specifically, HSA moves for partial summary judgment that: (1) the Fresh Start Basis Rule contained in the Tax Reform Act of 1986 and Internal Revenue Code section 165 applies to the loss deductions HSA claims for the termination or cancellation of its healthcare coverage contracts, and (2) HSA has not made an unauthorized change in its method of accounting when it filed federal income tax returns to claim loss deductions for the termination or cancellation of its healthcare coverage contracts.

In support of this motion, HSA respectfully submits the accompanying Brief (with Appendix A and Appendix B thereto), Plaintiff's Proposed Findings of Uncontroverted Fact, and Plaintiff's Responses to Defendant's Proposed Findings of Uncontroverted Fact.

WHEREFORE, HSA respectfully asks that this Court grant its cross-motion for partial summary judgment.



757120.1

Respectfully submitted,

____/s/ Frederick H. Robinson______

Frederick H. Robinson
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
(202) 626-5800
(202) 628-0858 (facsimile)

Counsel of Record for Plaintiff

*Of Counsel:*
Clarence T. Kipps, Jr.
Maria O. Jones
Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
(202) 626-5800
(202) 628-0858 (facsimile)

Dated: April 30, 2007