**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 05-503 T<br>Judge Thomas C. Wheeler |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED REPLY BRIEF IN SUPPORT OF ITS CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Hospital Service Association of Northeastern Pennsylvania hereby respectfully moves for leave to file a Reply Brief in Support of its Cross-Motion for Partial Summary Judgment that exceeds, by no more than 5 pages, the 20 page limitation set forth in Rule 5.2(b)(2) of the Rules of the United States Court of Federal Claims.

This motion for leave is made on the grounds that Defendant's Reply Brief in Support of its Motion for Summary Judgment and in Opposition to Plaintiff's Cross-Motion for Summary Judgment has raised numerous complex legal and factual issues – some for the first time and some in voluminous, single-spaced footnotes – which are disputed by Plaintiff. Plaintiff has diligently attempted to address all those factual and legal issues within the page limitation imposed by Rule 5.2(b)(2), but is unable to do so without impairing this Court's ability to be thoroughly familiarized with all the issues involved in Plaintiff's Cross-Motion for Partial Summary Judgment.

Counsel for Plaintiff has discussed this motion with counsel for Defendant who stated that Defendant does not oppose this motion and will not file an opposition.

WHEREFORE, Plaintiff Hospital Service Association of Northeastern Pennsylvania respectfully asks this Court to grant it leave to file a Reply Brief in Support of its Cross-Motion for Partial Summary Judgment that is no more than 25 pages in length.

Respectfully submitted,

s/ Frederick H. Robinson
Frederick H. Robinson
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
(202) 626-5800
(202) 628-0858 (facsimile)

Counsel of Record for Plaintiff

*Of Counsel:*
Clarence T. Kipps, Jr.
Maria O. Jones
Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W.
Suite 900
Washington, D.C. 20005
(202) 626-5800
(202) 628-0858 (facsimile)

Dated: June 14, 2007