# EXHIBIT 1

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PENNSYLVANIA,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 05-503 T<br>Judge Thomas C. Wheeler |

**DECLARATION OF PETER G. WOOD**

I, Peter G. Wood, hereby declare as follows:

1. I am over the age of 18 years and competent to testify to the following facts, of which I have personal knowledge.

2. I am the Director of Taxes for Hospital Service Association of Northeastern Pennsylvania ("HSA"), the plaintiff in this case. I have held that position since 1997. In this position, I am personally familiar with HSA's financial books and records, its tax accounting records, and its tax filings, including such books, records, and filings from at least 1987 until the present, and I have reviewed those documents in preparing this Declaration.

3. Prior to filing its amended returns for the 1991 and 1992 tax years in September 1996, HSA did not reflect its healthcare coverage contracts (or their January 1, 1987 values) as assets, either individually or in the aggregate, on any of HSA's financial or tax accounting records, including the annual statements appearing as Defendant's Exhibits 6-10 in Defendant's Appendix B.

4. Prior to assembling the data requested by Ernst & Young for purposes of preparing its valuation study, HSA had not identified outside of its business records its healthcare coverage contracts that were in existence on January 1, 1987.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of June, 2007.

Peter G. Wood