IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PENNSYLVANIA, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-503 T<br>) (Judge Wheeler) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

JOINT STATUS REPORT

Pursuant to the Court's September 14, 2007, Order, the parties file this joint status report. In light of the Court's Order granting plaintiff's motion for partial summary judgment, the parties recognize that the remaining issues in this case are primarily factual in nature. The parties therefore believe that they should make a particular effort to settle the case without the necessity of a trial. Accordingly, the parties propose that the Court not reinstate the pretrial schedule at this time and, instead, allow the parties three months to explore the possibility of settlement. Such period is needed for defendant to verify certain facts upon which plaintiff's claim depends and for both parties to engage in settlement negotiations. If the Court adopts this proposal, then the parties would file another joint status report on or before January 4, 2008, either updating the Court on the parties' settlement negotiations or proposing a pretrial schedule. If the parties reach an impasse before January 4, 2008, then the parties will notify the Court at such earlier time.

Respectfully submitted,

/s Frederick H. Robinson by /s Karen Servidea
FREDERICK H. ROBINSON
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701
Phone: (202) 626-5800
Facsimile: (202) 628-0858

Counsel for Plaintiff

Of Counsel:
Clarence T. Kipps, Jr.
Maria O. Jones
Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
655 Fifteen Street, N.W., Suite 900
Washington, D.C. 20005-5701
Phone: (202) 626-5800
Facsimile: (202) 628-0858

/s Karen Servidea
KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423

Counsel for Defendant

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
W.C. RAPP
Senior Trial Attorney

September 28, 2007
Date

/s W.C. Rapp
Of Counsel