# In the United States Court of Federal Claims

No. 05-503T

(Filed: October 1, 2007)

******************************************* *
*
HOSPITAL SERVICE ASS'N OF *
NORTHEASTERN PENNSYLVANIA, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
******************************************* *

## ORDER

Pursuant to the parties' September 28, 2007 Joint Status Report, the Court grants the parties three months to engage in settlement discussions. The parties shall file a Joint Status Report on or before January 4, 2008 informing the Court of their progress toward settlement. If the parties reach an impasse before January 4, 2008, the parties shall notify the Court at such earlier time.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge