IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PENNSYLVANIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-503 T |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT

Pursuant to the Court's October 1, 2007, Order, the parties file this joint status report. Over the past three months, the parties have been discussing the possibility of stipulating to the factual questions that remain in this case. The parties have made substantial progress toward that goal but are not ready to enter a stipulation at this time. Accordingly, the parties propose that the Court leave in place the current stay for an additional thirty days. If the Court adopts this proposal, then the parties would file another joint status report on or before February 4, 2008, either updating the Court on the parties' negotiations or proposing a pretrial schedule. If the parties reach an impasse before February 4, 2008, then the parties will notify the Court at such earlier time.

Counsel for plaintiff has consented to the filing of this Joint Status Report by defendant's attorney of record.

Respectfully submitted,

/s Karen Servidea
KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423

Counsel for Defendant

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
W.C. RAPP
Senior Trial Attorney

January 4, 2008
Date

/s W.C. Rapp
Of Counsel