# In the United States Court of Federal Claims

No. 05-503T

(Filed: January 7, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

HOSPITAL SERVICE ASS'N OF NORTHEASTERN PENNSYLVANIA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the parties' January 4, 2008 Joint Status Report, the Court grants the parties thirty days to continue to engage in settlement discussions. The parties shall file a Joint Status Report on or before February 4, 2008, informing the Court of their progress toward settlement. If the parties reach an impasse before February 4, 2008, the parties shall notify the Court at such earlier time.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge