IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PENNSYLVANIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-503 T |
| v. | ) | (Judge Wheeler) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT STATUS REPORT

Pursuant to the Court's January 7, 2008, Order, the parties file this joint status report. The parties have reached an agreement with respect to the computation of the loss deductions that would result from the Court's September 14, 2007, Opinion and Order. The parties now intend to attempt to stipulate to the amount of the overpayment of income tax for the years at issue that would result from those deductions. The determination of such overpayment requires the recomputation of plaintiff's income tax liability for the years at issue, which could take several weeks.

The parties therefore propose that the Court maintain the current stay of proceedings for an additional sixty days to allow the parties to attempt to stipulate to the computation of the overpayment that would result from the Court's September 14, 2007, Opinion and Order. If the Court adopts this proposal, then the parties will file another joint status report on or before April 4, 2008. If the parties reach a stipulation as to the computation of the overpayment before that date, then the parties will notify the Court at such earlier time.

Counsel for plaintiff has consented to the filing of this Joint Status Report by defendant's attorney of record.

Respectfully submitted,

/s Karen Servidea

KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423

Counsel for Defendant

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
W.C. RAPP
Senior Trial Attorney

February 4, 2008
Date

/s David Gustafson
Of Counsel