# In the United States Court of Federal Claims

No. 05-503T

(Filed: February 5, 2008)

****************************************** *
*
HOSPITAL SERVICE ASS'N OF *
NORTHEASTERN PENNSYLVANIA, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
****************************************** *

**ORDER**

Pursuant to the parties' February 4, 2008 Joint Status Report, the Court grants an additional sixty days to allow the parties to attempt to stipulate to the computation of the tax overpayment that would result from the Court's September 14, 2007 Opinion and Order. The parties shall file a Joint Status Report on or before April 4, 2008 informing the Court of their progress. If the parties reach a stipulation or an impasse before April 4, 2008, the parties shall notify the Court at such earlier time.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge