IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| HOSPITAL SERVICE ASSOCIATION OF NORTHEASTERN PENNSYLVANIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 05-503 T |
| v. | ) (Judge Wheeler) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

# JOINT STATUS REPORT

Pursuant to the Court's June 4, 2008, Order, the parties file this joint status report. As explained in the joint status report filed on February 4, 2008, the parties reached an agreement with respect to the computation of the loss deductions that would result from the Court's September 14, 2007, Opinion and Order. On March 21, 2008, plaintiff submitted to defendant a proposed computation of the overpayment that would result from those deductions. At the same time, plaintiff brought to the attention of defendant's attorneys certain collateral matters that might affect the computation of the refund. Since the parties submitted their last status report on June 3, 2008, they have agreed as to the treatment of the collateral matters, and, on June 23, 2008, plaintiff submitted a revised computation in accordance with the parties' agreement. Defendant has been reviewing the revised computation over the past several weeks, but the review process has taken longer than expected due to the complexity of the computation.

The parties therefore propose that the Court maintain the current stay of proceedings for an additional sixty days to allow the parties to continue their efforts to stipulate to the

computation of the overpayment that would result from the Court's September 14, 2007, Opinion and Order. If the Court adopts this proposal, then the parties will file another joint status report on or before October 3, 2008. If the parties reach a stipulation or an impasse before that date, then the parties will notify the Court at such earlier time.

Counsel for plaintiff has consented to the filing of this Joint Status Report by defendant's attorney of record.

Respectfully submitted,

/s Karen Servidea
KAREN SERVIDEA
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 616-3423

Counsel for Defendant

NATHAN J. HOCHMAN
Assistant Attorney General
STEVEN I. FRAHM
Acting Chief, Court of Federal Claims Section
W.C. RAPP
Senior Trial Attorney

August 4, 2008
Date

/s W. C. Rapp
Of Counsel